James Lynn O'Hinks
NAME
197067
PRISON NUMBER
P.O. Box 3400 1 D 40 Smu II
CURRENT ADDRESS OR PLACE OF CONFINEMENT
Florence Az 85232.
CITY, STATE, ZIP CODE

2254 ✓ 1983
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ___ No ✓
COPIES SENT TO
Court ✓ ProSe

FILED
APR 1 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

James Lynn O'Hinks,
(FULL NAME OF PETITIONER)

PETITIONER

v.

Ombudsman Ontiveros,
(NAME OF WARDEN, SUPERINTENDENT, JAILOR, OR AUTHORIZED PERSON HAVING CUSTODY OF PETITIONER [E.G., DIRECTOR OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS])

RESPONDENT

and

1300 I Street, Suite 1740
Sacramento Ca. 95814.,

The Attorney General of the State of California, Additional Respondent.

916. 324. 5437. #

Civil No '08 CV 0698 BEN PCL
(TO BE FILLED IN BY CLERK OF U.S. DISTRICT COURT)

## FIRST AMENDED
## PETITION FOR WRIT OF HABEAS CORPUS

UNDER 28 U.S.C. § 2254
BY A PERSON IN STATE CUSTODY

28 usc § 1746
Motion Enclosed Request 30 day Expression 4 pgs.

1. Name and location of the court that entered the judgment of conviction under attack: San Diego County Superior Chula Vista Southbay w/San Luis Obispo Civil.
2. Date of judgment of conviction: approx 1-4-98 and 2002 civil mdo.
3. Trial court case number of the judgment of conviction being challenged: SRF 122463 # and consolidated civil mdo Calif civil code § 1386 approx.
4. Length of sentence: 5 yrs. at 80 % and 4 yrs parole indeterminate.



CR

5. Sentence start date and projected release date: Retro-active to starting time of parole violation approx 11/22/97 to 2007, 2008 #.

6. Offense(s) for which you were convicted or pleaded guilty (all counts): 4501.5 Calif p.c. and Calif civil code of proc. m do § 1386 approx.

7. What was your plea? (CHECK ONE)
   (a) Not guilty ☐
   (b) Guilty ☑
   (c) Nolo contendere ☐

8. If you pleaded not guilty, what kind of trial did you have? (CHECK ONE)
   (a) Jury ☐
   (b) Judge only ☑

9. Did you testify at the trial?
   ☐ Yes ☑ No

**DIRECT APPEAL**

10. Did you appeal from the judgment of conviction in the **California Court of Appeal**?
    ☑ Yes ☐ No

11. If you appealed in the **California Court of Appeal**, answer the following:
    (a) Result: Encouraged to proceed Denied 4th Appellate District
    (b) Date of result (if known): Sept 20th 2002
    (c) Case number and citation (if known): D040670
    (d) Names of Judges participating in case (if known) unavailable.
    (e) Grounds raised on direct appeal: That the charge, arraignment, and conviction violated 5th, 6th, 8th (9th 10th 11th) Const. Amend Rights. 15th Reverse Racial Labor Dispute 29 USCA § 152(7)

12. If you sought further direct review of the decision on appeal by the **California Supreme Court** (e.g., a Petition for Review), please answer the following:
    (a) Result: Mailed orig 2002 # (See F.R.A.P. motion 34.3. 28 USC § 1746)
    (b) Date of result (if known): Re-mailed 11/22/07. # (obstructed.)
    (c) Case number and citation (if known): pending Review per orig copies remailing April 1st 2008
    (d) Grounds raised: Amended Abstract of Judgement, Motion of discovery, Matthews balancing test (double jeopardy) ineffective assist of counsel.

**13.** If you filed a petition for certiorari in the **United States Supreme Court**, please answer the following with respect to that petition:

(a) Result: Piecemail fillings. pending. ajudication. Nov 29th 2007

(b) Date of result (if known): Sept 14 2005 Oct 24 2005 Aug 6th 2006

(c) Case number and citation (if known): not responded within 10 days by clerk

(d) Grounds raised: (1) Diminished Capacities defense (2) mode of conduct ex turpi causa (3) Jury selection (4) statements of alleged victim are reflective of "claim-jumping" (synonamous) Sixth Judicial District Farming Rights Native American Land Rights.

## COLLATERAL REVIEW IN STATE COURT

**14.** Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Superior Court**?

☑ Yes ☐ No [Boxed in Notes Quotations # # #]

**15.** If your answer to #14 was "Yes," give the following information:

(a) **California Superior Court** Case Number (if known): SRF 122463 # D040670 (4th Appellate District)

(b) Nature of proceeding: Petition for Amended Abstract of Judgement, (Calif DOC) that assentenced aka is not true identity as originally; charged.

(c) Grounds raised: Chula Vista South bay, imposed illegal sentence. #11 USCA § 1129 # San Diego County over familiarity w/ priors. Absolute Priority Rule # 11 USCA § 1129 # (b)(2)(B)(i) # Audio hypnosis was used to deliberately elicitate self # 29 USCA § 152(7) # incriminating responses. provocation defense. Job push-out; (Hostile take over)

(d) Did you receive an evidentiary hearing on your petition, application or motion?

☑ Yes ☐ No

(e) Result: Granted in re: Abstract of Judgement to show true identity.

(f) Date of result (if known): approx: April of 1998. Not jurisprudent at time of Appeals

[see motion F.R.A.P. 34.3 for Quasi-Issues and 18 USC § 3006 A. # Priority Case(s). #]

**16.** Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Court of Appeal**?

☑ Yes ☐ No

# Blue pencil Test Request on Quotations - Notes - #

**17.** If your answer to #16 was "Yes," give the following information:

(a) **California Court of Appeal** Case Number (if known): 0040670

(b) Nature of proceeding: Writ of Habeas Corpus

(c) Names of Judges participating in case (if known) unavailable

(d) Grounds raised: (1) Conviction obtained by a plea of guilty which was unlawfully induced. (2) Conviction obtained by a violation of the protection against double jeopardy (3) Denial of Right of Appeal) (4) Mode of discovery illegal.

(e) Did you receive an evidentiary hearing on your petition, application or motion?
☑ Yes ☐ No

(f) Result: Denied (note on grounds (3) 2-10-06) Quasi-issues non-jurisprudent.

(g) Date of result (if known): Sept 20, 2002 from Atascadero & Folsom.#

**18.** Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Supreme Court**?
☑ Yes ☐ No

**19.** If your answer to #18 was "Yes," give the following information: see: AEDPA 1996 (c)

(a) **California Supreme Court** Case Number (if known): mailed & pending review.

(b) Nature of proceeding: Writ of Habeas Corpus

(c) Grounds raised: Points of Authority Class Action plaintiff status: Coleman vs Wilson vs. Schwarzenegger # George Whitecross Paton a text book of jurisprudence 315 4th ed 1972.# Morrissey v. Brewer 408 US 471 1972 and Gagon v. Scarpelli 411 US 778 1973 Due process # and Keheay v. Rushing pre-post M.d.o. #

(d) Did you receive an evidentiary hearing on your petition, application or motion?

☐ Yes ☑ No

(e) Result: pending

(f) Date of result (if known): pending

20. If you did ***not*** file a petition, application or motion (e.g., a Petition for Review or a Petition for Writ of Habeas Corpus) with the **California Supreme Court**, containing the grounds raised in this federal Petition, explain briefly why you did not:

1st mailed to Sacramento from Atascadero and Folsom.
2nd mailed from Arizona 11/22/07
alleged prior to civil rights violations post Atascadero and pre-atascadero to San Diego (County) Federal District Courts.

## COLLATERAL REVIEW IN FEDERAL COURT

21. Is this your **first** federal petition for writ of habeas corpus challenging this conviction?
☐ Yes ☑ No (IF "YES" SKIP TO #22)
(a) If no, in what federal court was the prior action filed? Southern Calif Fed Dist.
(i) What was the prior case number? civil NO. 07-2325 J (BLM)
(ii) Was the prior action (CHECK ONE):
☐ Denied on the merits?
☑ Dismissed for procedural reasons?
(iii) Date of decision: Feb. 8 2008.
(b) Were any of the issues in this current petition also raised in the prior federal petition?
☑ Yes ☐ No
(c) If the prior case was denied on the merits, has the Ninth Circuit Court of Appeals given you permission to file this second or successive petition?
☑ Yes ☐ No

---

**CAUTION:**

- **Exhaustion of State Court Remedies:** In order to proceed in federal court you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. This means that even if you have exhausted some grounds by raising them before the California Supreme Court, you must first present ***all*** other grounds to the California Supreme Court before raising them in your federal Petition.
- **Single Petition:** If you fail to set forth all grounds in this Petition challenging a specific judgment, you may be barred from presenting additional grounds challenging the same judgment at a later date.
- **Factual Specificity:** You must state facts, not conclusions, in support of your grounds. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do. A rule of thumb to follow is — state who did exactly what to violate your federal constitutional rights at what time or place.

---

## GROUNDS FOR RELIEF

22. **State *concisely* every ground on which you claim that you are being held in violation of the constitution, law or treaties of the United States. Summarize *briefly* the facts supporting each ground.** (e.g. what happened during the state proceedings that you contend resulted in a violation of the constitution, law or treaties of the United States.) If necessary, you may attach pages stating additional grounds and/or facts supporting each ground.

(a) **GROUND ONE**: Conviction obtained by a plea of guilty which was unlawfully induced or not made voluntary with the understanding of the nature of the charge or the consequences of the plea.

**Supporting FACTS**: First --- Appellant plea bargained after arraignment at a preliminary immediate sentencing pooling of defendants in custody that resulted in a decision that was based on unreasonable determination of the facts in light of the evidence and or offer by the district attorney in the state court proceedings to subject the litigant to double jeopardy, deprivation of life liberty, property without just compensation denying due process, and liability exposure of involuntary plea. Second --- Attorney for appellant in private talked of the prosecutors 1st offer as 25 to life or 5 yrs. Thirdly --- defendant at time of accepting, signing plea offer, and fully claiming to judge a comprehensible agreement was substantive or acceptable defendants judgement was impaired retrospectively applicable for a more full review and consideration by prosecutor for alternative sentencing without abridging the privileges or immunities of citizens of the United States, within its jurisdiction equal protection of the laws Treble enhanced liabilities state to state by consolidated civil trial and disobedience, disorder, petitioner is disabled.

**Did you raise GROUND ONE in the California Supreme Court?**

☑ Yes ☐ No.

If yes, answer the following:

(1) Nature of proceeding (i.e., petition for review, habeas petition): "pending"

(2) Case number or citation: "pending"

(3) Result (attach a copy of the court's opinion or order if available): "pending"

(b) **GROUND TWO**: Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure, conviction obtained by use of evidence gained pursuant to unlawful arrest, State failed to provide full, fair hearing, 4th Amend.

**Supporting FACTS:** Evidence was obtained by California's State parollee supervisory system at RJ Donovan prison Infirmary Hospital prior to the US supreme court ruling 6 to 3 the justices say parollees must consent to searches without a warrant. The 0.4 referral from RJD prison contains the photographs and medical reports obtained by the investigation of the incident when defendant consented to allow hospital C/o's search his parole violator effects, property, legal work papers of 602 appeals for discharge to AD-seg or imminent time served less than 30 days with name showing as James Lynn Hines NO.# 0-25748.

The trial court errors at arraignment and immediate sentencing occurred by use of an alias Jackson Malloy for plea bargain cause and prejudice Rule, in re: constitutionally valid sentence, resulted from these errors of: "actually innocent defendant" objection preserved as to the use of the aka at arraignment and the plea bargain as the governmental influence and prejudice element that made presentation of the defense impracticable and the unavailability post sentencing "Amended Abstract of Judgement" Order to show true identity from RJD AD-seg. Filed by defendant, and granted by sentencing Judge. And this is the cause that will excuse the defendant's procedural lapse.

As well a sentence modification to overrule the conviction yet allow the arrest to remain recorded for Criminal Justice Information Services Division of California as parole violation into true I.D. of defendant.

**Did you raise GROUND TWO in the California Supreme Court?**

☑ Yes ☐ No.

If yes, answer the following:

(1) Nature of proceeding (i.e., petition for review, habeas petition): habeas petition

(2) Case number or citation: pending

(3) Result (attach a copy of the court's opinion or order if available): habeas corpus ec unavail state response mailed 11/22/07.#

(c) **GROUND THREE**: Conviction obtained by the unconstitutional failure of the prosecution to disclose evidence favorable to the defendant.

Supporting FACTS: Defendant at RJD state prison as parole violater was booked with a diminished capacity defense and arraigned and then convicted. Pending an imminent discharge less than 30 days. Documentary evidence secured by the state as Motion of Discovery, photographs, letters and personal effects for the determination to offer a plea proof of mitigating circumstances denied the right to call witnesses to testify on possible forseen dangers or inappropriate correctional placement on behalf of the defense.

Defendant subjected to supervisory Parole and Community Services Div. Imprisoned at time of mode of discovery that if charged is exposed to a split sentencing by the Dept of Corrections consequently and the hold of finding a conviction and the revocation of parole dually all proceedings are relevent, "allowing the process to be flexible to present a defense," allocution, disclosure of all evidence is required and the parollee does not have to specifically request when in continement but has the right of collateral review to appeal the decision, and claims ineffective assistance of appointed counsel requesting appointment of attorney of choice to appeal imposed sentence that double jeopardized the life and liberty interest abridging the privileges and immunities of/as a citizen, and parollee.

Petitioner is found competent in Arizona set free to re-incarcerate and request intervention in the interest of justice as an unconditional right, hec: Venue.

Did you raise GROUND THREE in the California Supreme Court?

☑ Yes ☐ No.

If yes, answer the following:

(1) Nature of proceeding (i.e., petition for review, habeas petition): habeas petition

(2) Case number or citation: unknown "mailed 11/22/07"

(3) Result (attach a copy of the court's opinion or order if available): unavailable

(d) **GROUND FOUR**: Denial of Right of Appeal.

**Supporting FACTS:** In september of 2002 approx. the 20th Appeal was denied in San Diego 4th Appellate District with encouragement to proceed to the next level. Appellate as incarcerated litigant mailed from F.S.P. Folsom Appeal to 3rd District Sacramento.

A Keheay v. Rushing civil trial was ordered at F.S.P. and it was decided NO INVOLUNTARY medication needed. Then the civil M.O.O. trial (pre-trial) interviews by Medical panel of Doctors agreed to violate "litigating prisoner" to State Hospital and at San Luis Obispo Ca. Attorney acted ineffectively offering unreasonable proffessional assistance and incompetent advice to impede mediation process for restorative justice. By not providing the Keheay v. Rushing supportive defense in full transcripts, tapes, and coherent testimony of a non-intoxicated litigant.

Claimant demonstrates by this error a claim for relief due to punishment beyond what is warranted by the crime and/or parole violation testimony by Involuntary intoxication from a State hospital compelled litigant to self incrimination a witness against self and obstructed the right to appeal by diminished capacity and undue governmental restraint. Until Feb. 10. 2006 and 11/22/07.

As a class action plaintiff litigant has a claim to "Contracts Clause" pre-release from Hospital and civil liberty. Pre-post consolidation for a discovery due to assertory covenant of the Constitution.

**Did you raise GROUND FOUR in the California Supreme Court?**

☑ Yes ☐ No.

If yes, answer the following:

(1) Nature of proceeding (i.e., petition for review, habeas petition): habeas corpus

(2) Case number or citation: pending since 11/22/07 unanswered (CC)

(3) Result (attach a copy of the court's opinion or order if available): unavailable.

23. Do you have any petition or appeal **now pending** in any court, either state or federal, pertaining to the judgment under attack?
☑ Yes ☐ No

24. If your answer to #23 is "Yes," give the following information:
(a) Name of Court: Cochise County Superior Court of Arizona
(b) Case Number: CV 2007 00695
(c) Date action filed: Aug 29th, Aug 30th 2007.#
(d) Nature of proceeding: Conflict of Interest Motion w/ state appointed attorneys Obstruction by Atascadero State Hospital Personnel
(e) Name(s) of judges (if known): "Judicial Officer": (Deputy Clerk: Cynthia Sproule) (Court Assist: Karen Saavedra) *
(f) Grounds raised: Medical Malpractice Fraud Defamation professional negligence Breach of contract other contract U.S. const. 1. Trust, Wills Probate (Religion) extracpl causa as Beresford v. Royal Insurance (the enforcement of morals) 1937 1968 2 KB at 220 Abalienation West 1983 US const. Art 1 § 7.3 165.66 § 7 at 1900.
(g) Did you receive an evidentiary hearing on your petition, application or motion?
☑ Yes ☐ No

25. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
(a) At preliminary hearing: "Correa" at Chula Vista San Diego County Public defender office
(b) At arraignment and plea: "Davis" San Diego Downtown Public defenders office
(c) At trial: Immediate sentencing
(d) At sentencing: Davis " Downtown Public Defenders office
(e) On appeal: pro per
(f) In any post-conviction proceeding: Jeff Flick 75 Hawthorne Street (suite) Ste. 408 San Francisco Ca. 94105# 415-744-3501 (1-888-Its-Not-ok.)
(g) On appeal from any adverse ruling in a post-conviction proceeding: pro per. denovo Reply Defenses and Objections on 1-4-08 (unanswered).

**26.** Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
☐ Yes ☑ No

**27.** Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
☑ Yes ☐ No

(a) If so, give name and location of court that imposed sentence to be served in the future:
San Luis Obispo Co. Superior Civil

(b) Give date and length of the future sentence: Indeterminate as aka
Jackson Malloy K86439 Civil M.D.O.#

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
☑ Yes ☐ No

**28.** Consent to Magistrate Judge Jurisdiction

In order to insure the just, speedy and inexpensive determination of Section 2254 habeas cases filed in this district, the parties may waive their right to proceed before a district judge and consent to magistrate judge jurisdiction. Upon consent of all the parties under 28 U.S.C. § 636(c) to such jurisdiction, the magistrate judge will conduct all proceedings including the entry of final judgment. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to consent to a magistrate judge as it will likely result in an earlier resolution of this matter. If you request that a district judge be designated to decide dispositive matters, a magistrate judge will nevertheless hear and decide all non-dispositive matters and will hear and issue a recommendation to the district judge as to all dispositive matters.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including the entry of final judgment, by indicating your consent below.

Choose only one of the following:

☑ Plaintiff consents to magistrate judge jurisdiction as set forth above.

**OR**

☐ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

**29.** Date you are mailing (or handing to a correctional officer) this Petition to this court: March 9th 2008 to April 1st 2008 w/ motion for time extension.

Wherefore, Petitioner prays that the Court grant Petitioner relief to which he may be entitled in this proceeding.

propper [signature]

SIGNATURE OF ATTORNEY (IF ANY)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

3/9/08

(DATE)

[signature]

SIGNATURE OF PETITIONER

(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

2254 1983

FILING FEE PAID Yes ___ No ✓
IFP MOTION FILED Yes ___ No ✓
COPIES SENT TO Court ✓ ProSe

FILED
APR 1 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

**I (a) PLAINTIFFS**

**James Lynn O'Hines**

**DEFENDANTS**

**Ontiveros**

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**
**(EXCEPT IN U.S. PLAINTIFF CASES)**

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT (IN U.S. PLAINTIFF CASES ONLY)**

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

**James Lynn O'Hines**
**PO Box 3400**
**Florence, AZ 85232**
**197067**

**ATTORNEYS (IF KNOWN)**

**'08 CV 0698 BEN PCL**

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX (For Diversity Cases Only) FOR PLAINTIFF AND ONE BOX FOR DEFENDANT**

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

**28 U.S.C. 2254**

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

**CONTRACT**
☐ 110 Insurance
☐ Marine
☐ Miller Act
☐ Negotiable Instrument
☐ 150 Recovery of Overpayment &Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
☐ 153Recovery of Overpayment of Veterans Benefits
☐ 160 Stockholders Suits
☐ Other Contract
☐ 195 Contract Product Liability

**TORTS**

PERSONAL INJURY
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury

PERSONAL INJURY
☐ 362 Personal Injury- Medical Malpractice
☐ 365 Personal Injury - Product Liability
☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**FORFEITURE/PENALTY**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**LABOR**
☐ 710Fair Labor Standards Act
720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (13958)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS - Third Party 26 USC 7609

**OTHER STATUTES**
☐ 400 State Reappointment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 810 Selective Service
☐ 850 Securities/Commodities Exchange
☐ 875 Customer Challenge 12 USC
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Information Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State
☐ 890 Other Statutory Actions

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectmant
☐ 240 Tort to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**CIVIL RIGHTS**
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/Accommodations
☐ 444 Welfare
☐ 440 Other Civil Rights

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence Habeas Corpus
☒ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding ☐ 2 Removal from State Court ☐ 3 Remanded from Appelate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23 **DEMAND $** Check YES only if demanded in complaint: **JURY DEMAND:** ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):** JUDGE Docket Number

DATE 4/14/2008 ~~SIGNATURE OF ATTORNEY OF RECORD~~

[signature]