NAME: James Lynn O'Hines
PRISON NUMBER: 197067
Box 3400 I-D-40 SMU II
Current Address or Place of Confinement
Florence Az 85232
City, State, Zip code.

2254 ✓ 1983
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ___ No ✓
COPIES SENT TO
Court ✓ ProSe ___

FILED
APR 14 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES District Court
## Southern District of California

| | |
|---|---|
| MR. JAMES LYNN O' HINES<br>Full Name of Petitioner<br>v.<br>Ombudsman Warden Ontiveros<br>Respondent<br>and;<br>1300 I Street Suite 1740<br>Sacramento Ca. 95814. 916-324-5437.<br>The Attorney General of the State of California; Additional Respondent. | '08 CV 0698 BEN PCL<br>CASE NO:<br>Motion for Extension of Time "30 days" 28 USC § 1746<br>Motion for Appointment of Counsel 18 USC § 3006 A. F.R.A.P. Ninth Circuit 9th<br>Priority case (5) F.R.A.P. 34.3 (1)(2)(3)(4)(5) 28 USC § 1657 |

## A. Jurisdiction

This court has jurisdiction over this action pursuant to: Advocate Witness Rule." USCA § 1101-1537, Immigration and Nationality Act (INS)* Indian Tribe Rights and Eligibility 42 USCA § 1960, (36) 42 USCA § 300 f 14 40 CFR § 146.3 Seminole Indian b. 6.8.1963 Decatur, Illinois St. Marys Hospital. Privileges and Immunity clause U.S. Const. Art. IV § 2 cl. 1 (State to state). 5 USCA § 551 F.B.I.

RECEIVED
FEB 1 9 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

4

* Exhibits
El Dorado County Reno"
Carson Families *

FILING FEE PAID
Yes ___ No ___
IFP MOTION FILED
Yes ___ No ___
COPIES SENT TO
Court ___ Pro Se ___

08 CV 0698

RECEIVED
APR 14 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

(cf) confer with:

Petitioner is a double-homocide witness on C.O. ROM. Big screen t.v. at Del Mar Calif 1996-97. Petitioner has admission as a party opponent adversely.

Trophy of brother to petitioner stolen by c/o Randy Wood "Hockey" 1018 Bompart Ave. Webster Groves, Mo.

Case in phoenix Az. for aggravated assault is off side walk into little apartments "bungalows" w/ fence blocking street access. Weapons, numerous people involved, males and female. "Quintana", Edward Q. Hernandez. Alex Hernandez of Santa Barbara Ca. San Diego Ca. Lexington Ave. Aprs c/o Hernandez.

Grandmas Cleaning Service St. Louis Mo. Laffeyette Ave. And Suzie Q.'s Baby sitting service (associates.) The afore mentioned forensics implicate exigent need for conversion of custody and concurrent jurisdiction

Con Rep Director Ms. Jane Shell owes maricopa county court cost for a.k.a. client Jackson Malloy K86989." S.D. county "Amended Abstract of Judgement" shows true name to be James Lynn Hines for case no. SRF122463 4501.5 pc batt. on a non-prisoner (for costs see: A.R.S. 36-545.04. Rule 11 competent for conviction of A.R.S. 13-1204. F.3 does not grant relief for civil liability due to "Motion in Limine" filed by ineffective assistance of advisory counsel objection preserved Los Angeles Central Courts Federal District agreement that grounds are comprehensible Hines v. Barros CV 05-7939 CAS (MAN) Claimant request Herzberg Leslie Wit protection Act due to statute 28 USC § 1657 "Good Cause" and Rule 34-3. (4) Medical care and unusual punishment.

Exhibits Smith-Kemp. Keller
" El centro Calif. "
(Imperial county)

As a Motion for extension of time and the need for appointment of counsel upon discovery statutes: 28 USC § 1746, 18 USC § 3006 A. and Federal Agencey statute 5 USCA § 551 conditions of under duress do support exigent need and for a decision to be rendered construed to govern matters of procedure and to exclude State judicial decisions relative there to.

In forma pauperis is enclosed and also proof of California Supreme Court Exhaustion of State Court remedies 28 USC § 2254 (b) (c) and 42 USC § 1997 e (a). The claim of: A E D P A of 1996 for the one year limitation period shall run from the latest of (B) the date on which the impediment to filing an application created by the State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such action (C) the date on which the constitutional right was asserted was initially recognized by the Supreme Court if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review: see:, e.g. Bragdon at 639 Bragdon v. Abbott 524 U.S. 624, 632 (1998) and, Curty v. Farrelly 957 F. supp. 727, 741 D.V.I (1997) and, see, e.g. Luo v. Moore 43 F.3d 1203, 1205, 1206 8th Cir (1994) The Supreme Court most recent decision Goodman v. Georgia under Title II of A.D.A Prisoners are protected by § 504 of the Rehabilitation Act of 1973, 29 USC(A) § 794 (a) (and by title II of A.D.A. 42 USC(A) § 12131 And the statute of limitations does not apply while a properly filed state habeas corpus petition

Exhibits Stringfellow Hatfield
San Diego East county

Composites sketches Bivens v. Six unknown Fed Narcotics Agents.

(cf) Sound Automated impulses triggered by semiconscious automations)# is pending (State).# Proof of Service for California Supreme Court 3RD Appellate District Appellate Court of Appeals at Sacramento Ca. State Capitol dated 11/22/07, Fourth Appellate District Court of Appeals San Diego Calif Sept 20th 2002, receipted on Febury 10, 2006#.

Petitioner has stated in a state court that review, evidentiary ruling denied -- due process of law guaranteed by the Fourteenth Amendment. Duncan v. Henry 513 U.S. 364 (1995) Id. at 366 (emphisis added).

(Balabans, Shoneys, and Brentwood Cafes all identical for AVT violence.) SSU.

F.R.A.P. 34.3 Priority cases is applicable and cognizable for the extension of time sought, (30 days).

(Sight Sound Unit; audio-video prison to public surveillence abuse) SSU.

These rules govern the procedure in the Federal courts as cognizable as case at law thi shall be construed and administered to secure the just and speedy and inexpensive determination of this action in the Interest of justice, very aware of the circumstances 37 § 38 U.S.C. § 1927 Fed R. crim p. 15 (2) Depositions Plaintiff is a detained material witness 18 usc § 3142 to be released or detained 18 usc § 3144, Fed. R. crim. p. 12.1 (d.) Alibi Notice by defense in a Federal Writ compulsory Arbitration by U.S. Atty General disclosure Plaintiff is an Organizational victim Fed R crim p. 12 4. (a) (2) (b) (1) w/ aka Fed. R crim P. 40 Morrissey and Gerstein *(Calif state hospital parollee) J.R.A.C.#

All necessary means and measures have been met.

(Petitioner is computer AVT supervised as visually handicapped) SSU.

3/8/08

James Lynn O'Hines



Exhibits "Pillow-Franco"
(Harford county)
"Kings county Rerss [illegible]"

J.

Disability?: Yes.

By Az. Rules of Criminal proc. 11. (p) found competent. Accussed maliciously as malingering and as still unstable. § 504 of the Rehabilitation Act of 1973 29 USC § 794 (a) and by Title II of the Americans with disabilities Act 42 USC § 12131 et seq. Blind Right Eye. (partially) w/ no safety glasses for protection of good vision. San Diego case No.# SRF 12463 Batt. on a non-prisoner phoenix Maricopa county CR2004-1240-44-001 DT case no.# aggravated assault w/ weapon in self defense by/of a (state local officer) as independant security guard of: Jewish Protestant Church w/ priors for Hate Crimes. San Diego to Phoenix. From Santa Barbara Ca. w/ electronic surviellence 18 USCA §§ 2510-2520 Orginization 18 USC § 18 A § 3041 Fed. R. criminal procedure 12. 4 (a) (2) (b) (1). Hernandez-Martinez "Cartelized Officers" (private & public businesses).

(eg) United Way. 500 Blk Dchavina, Santa Barbara Ca.
Region IV Parole Dept. San Diego, Santa Barbara Ca
Grandmas Cleaning service "Laffayette", St. Louis Mo.
(Suzie Q's) "Computer Baby sitting Service" Glendale Az. (Church).
M.C.S. carnival; El cajon Ca. to Yuma Az.
(Ed. Q.) D & L. auto collission 1223 Grand ave. phoenix. Az
Santa Barbara Car Lot Santa Barbara Ca
San Diego Auto Body. Island & 17th San Diego Ca.

Oct 2nd 1985 Computer "Manslaughter" w/ two illegal (2) aliens J-5 D.U.I. Kevin Dale conviction (p) and Jim Global. (cousin). Insurance collection Adjustment racket. or raquette.

3 3/11/08 [signature]

(4)-(4)

James Lynn Hines, ADOC 197067
ASPC Eyman SMU II
P.O. Box 3400
Florence, AZ 85232

Aural Acquisitions: Criminal Law
18 U.S.C.A. 2510 (4)
Federal Wiretapping Act
A.R.S. 13-3001 "Eavesdropping":
George Whitecross Paton
A textbook of Jurisprudence 315 4th ed 1972.
(A.) A.R.S. 13-822 "Effective program to prevent and detect"
Whitkin's Police Practices and Procedures
California Civil Code(s) §§ 4225 - 4550 (approx)
subjugation civil of citizens instructed to act criminally. #
A.R.S. 13-1003 Conspiracy promote, engage, offense.
(B.) Six Points of Discovery:
w/ cause of action #
Who? : Correctional Officer Helms. et al Does 1 to 6#

What? : Failure in/of Institutionalization, rehabilitation, and community supervision function of adult offenders. By false statements and contradictions for reduction, propensity of crime.
Where? : Florence Security Mngt. Unit SMU II.

When? : From 3-4-08 to Indeterminate.

How? : Use of care specifically (due care) not to delegate substantial leeway of discretionary authority and by not taking steps to communicate effectively in a practical manner.

§ 504 of the Rehabilitation Act of 1973, 29 U.S.C. § 794 (a) et seq §

§ Americans with Disabilities Act 42 U.S.C. § 12131 "Exclusion" §

Why? : A.R.S. 36-504 Prisoner/Patient Civil Rights impaired, discriminated by Audio-video technical Assistants. Denial of quality treatment due to California State Hospital parole Status, Rule 11 competency, Isolation, and seclusion Segragation.

(C.) Constitutional Right and/or other Federal Rights Violations: Explaination: As a civil M.D.O. California w/ aka to not be exposed, associated in a protected activity to Reverse Racial Discriminations because of physical disabilities denied Equal benefits services basic necessities, exposed to risks.

(D.) (Donovan 5/15/97 Stabbed.) Injury P.I. P.D. W.D.### (Oct 2005 Buckeye Stabbed.)

(A) Blind Right Eye (E) skull, Arm, 10-7-04.# G.S.H.

(B) Deformed Right Ear (F) Reverse Racial as Seminole-white.

(C) Slander, libel, defamation of character (G) Parental Liberty Interest.

(D) Arm burned, Leg surgically impaired, back wounds UCSD Hosp.#

(E.) Exhaustion of Remedies? Yes.

42 USC § 1997 e (a)

Grievences for Overfamiliarity San Diego to Phoenix filed. 11/13/06.#

---

(F.) Physical Injury Requirement

42 USC § 1997 e (e)

# Retro-Active 5-15-97 to April-May 2004. UCSD Hospital 10-7-04 Good Samaritan Hospital.

Oct, Nov. 2005 to 3-29-11 Maricopa County Medical, Apache Junction.

(G.) Request For Relief:

Conviction over-ruled Altering or Amendment of Judgement forthwith:, Transfer to Federal Hospital ARS 36-548 for Fed. R. of Evid 706 Calif civil code of proc. § 2032. Compensatory: Punative: Damages: 42 USC § 1396 r.