FILED

08 APR 24  PM 2: 19

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

JAMES LYNN O'HINES,

Petitioner,

vs.

OMBUDSMAN ONTIVEROS,

Respondent.

Civil No.    08cv0698 BEN (PCL)

**ORDER DISMISSING PETITION
WITHOUT PREJUDICE**

Petitioner James Lynn O'Hines, a state prisoner proceeding *pro se*, has filed a Petition for Writ of *Habeas Corpus* pursuant to 28 U.S.C. § 2254.  For the reasons stated below, the Petition is dismissed without prejudice.

## I.    FAILURE TO NAME PROPER RESPONDENT

On federal *habeas*, the Court lacks personal jurisdiction when a petition fails to name a proper respondent. *Ortiz-Sandoval v. Gomez*, 81 F.3d 891, 894 (9th Cir. 1996) (citing Rule 2(a), 28 U.S.C. foll. § 2254).  To invoke jurisdiction, a state prisoner petitioning for federal *habeas* relief must name as the respondent the state officer having custody of him.  *Id.*  This requirement exists because a writ of *habeas corpus* acts upon the state prisoner's custodian – the person who will produce "the body" if directed to do so by the Court.  *Id.* at 895 n.3 (quoting *Brittingham v. United States*, 982 F.2d 378, 379 (9th Cir. 1992) (*per curiam*)).  "[T]he 'state officer having custody' may be 'either the warden of the institution in which the petitioner is incarcerated . . . or the chief officer in charge of state penal institutions,'"

1  because they "have the power to produce the prisoner." *Id.* at 895 (quoting Rule 2(a), 28 U.S.C. foll.

2  § 2254 advisory committee's note).

3      Here, Petitioner has failed to name a proper respondent because Ombudsman Ontiveros, the

4  respondent identified in the caption, is neither a warden in charge of Petitioner's correctional facility or

5  the Director of the California Department of Corrections. Dkt. No. 1 (Apr. 14, 2008). As a result, the

6  Court lacks personal jurisdiction to entertain the Petition. *Brittingham*, 982 F.2d at 379. To cure this

7  jurisdictional defect, Petitioner must name the warden in charge of the state correctional facility in which

8  he is presently confined or the Director of the California Department of Corrections and Rehabilitation.

9  **II.  FAILURE TO SATISFY FILING FEE REQUIREMENT**

10      In addition to failing to name a proper respondent, Petitioner has failed to pay the $5.00 filing

11  fee and to move to proceed *in forma pauperis*. As a result, the Court dismisses the Petition without

12  prejudice. Rule 3(a), 28 U.S.C. foll. § 2254.

13  **III.  CONCLUSION AND ORDER**

14      The Court **DISMISSES** the Petition without prejudice because Petitioner has failed to (1) name

15  a proper respondent; and (2) pay the $5.00 filing fee or move to proceed *in forma pauperis*. To reopen

16  this case, Petitioner must, no later than **June 26, 2008**, file a First Amended Petition that remedies the

17  defects noted in this Order, along with the $5.00 fee or with adequate proof of his inability to pay the

18  fee.

19  **The Clerk of Court shall mail a blank Southern District of California First Amended**

20  **Petition form and an *In Forma Pauperis* Application, along with a copy of this Order, to**

21  **Petitioner.**

22      **IT IS SO ORDERED.**

23

24  Dated: April _13_, 2008

25

26                  Roger T. Benitez

27                  United States District Judge

28