Front & Back #

James Lynn O'Hines
PLAINTIFF/PETITIONER/MOVANT'S NAME

197067
PRISON NUMBER

ASPC Florence Eyman Complex
PLACE OF CONFINEMENT

Box 3400 1040 SMU II Florence Az 85232
ADDRESS

FILED
APR 23 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

# United States District Court
## Southern District Of California

James Lynn O'Hines,
Plaintiff/Petitioner/Movant

v.

Omsbudman J. Ontiveros,
et. al - (pg 1-A) Defendant/Respondent

Civil No. 08CV0698 BEN (PCL)
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED <u>IN FORMA PAUPERIS</u>**

I, James Lynn O' Hines 197067 #,
declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**

1. Are you currently incarcerated? ☑ Yes ☐ No (If "No" go to question 2)
   If "Yes," state the place of your incarceration Florence Arizona ASPC Florence Prison
   Are you employed at the institution? ☐ Yes ☑ No
   Do you receive any payment from the institution? ☐ Yes ☑ No
   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

Formerly Sam

D. Williams

Weaver

Ballymolo

Quasimodo

STOQ

4 weeks in phoenix

6 2.5 yrs

Marijuana County jail hold for Sexual crimes

Steinbellum? (twin OI Q.) Mob Ravel mom

Hiv + disorder. "Guy Rape" Name Crimes 9-12-04 12-7-04

Normand

2008

2010

2011

6 ECC 6 yrs for BJ Insula

SD or/PNG

Williams Man

w/ Sam

2. Are you currently employed? ☑ Yes ☐ No

a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. Uncle Robert Dougherty 19 to 24 & Henry's Mkts. USofA (unestimatable $) salary - wages. 4000 Blk of Park Blvd San Diego Ca 92104.

b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. Montague Maintenance September 2004 - Steve Montague cousin creole/cajun San Diego Calif labor handscaping approx 40.00 (a day) w/ free lunch provided

3. In the past twelve months have you received any money from any of the following sources?:

a. Business, profession or other self-employment ☐ Yes ☑ No
b. Rent payments, royalties interest or dividends ☑ Yes ☐ No
c. Pensions, annuities or life insurance ☑ Yes ☐ No
d. Disability or workers compensation ☑ Yes ☐ No
e. Social Security, disability or other welfare ☑ Yes ☐ No
e. Gifts or inheritances ☑ Yes ☐ No
f. Spousal or child support ☐ Yes ☑ No
g. Any other sources ☑ Yes ☐ No

If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month. Private Account controlled by Uncle Joe Cole 1974 to 3/26/06 BofA Inheritance Account Equity, deposits of ethanol corn sales A-E. Staley Decatur, Illinois - Capital Records Keith Urban Music sales BMI of Bakersfield Calif Atty Red Stovall.

4. Do you have any checking account(s)? ☐ Yes ☑ No

a. Name(s) and address(es) of bank(s): ________

b. Present balance in account(s): ________

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? ☑ Yes ☐ No

a. Name(s) and address(es) of bank(s): BofA depository bank UCC § 4-105 (2)

b. Present balance in account(s): unestimatable FDIC v. Shrader & York 991 Fed 216 229 5th cir 1993 # Joe Cole & Joel Gray, Joe Holiday

6. Do you own an automobile or other motor vehicle? ☐ Yes ☑ No

a. Make: ________ Year: ________ Model: ________

b. Is it financed? ☐ Yes ☐ No

c. If so, what is the amount owed? ________

Hendersons Stringfellow Thompson Hatfield Haine 9os Era

William

Red Blind cu

pistol plan

Bin Marrow

Bob, Fur

adventure/Wild splendor

Spin Dars

Stroker Dars

English Dars

RN I

Crews

South American

Asians

Playhouse Del Mar

Santa Barb

Wilshire

Dax Harley

Mike the Mongol

Dutch Schultz

Barnett to Poway to Solana M.

Mongols

Longhair

Pegasus

Vultures

Saddle Tramps

Dirty Dozen

Head Hunters

Nighthawks

Wizards

Pegasus

Pegasus

Harley

Cavalier

Bee drinks

Pull

Undercover Drama

90s

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
☑ Yes ☐ No
If "Yes" describe the property and state its value. Unestimatable $ Fox Harbor Illinois 5 to 10 acres Wildlife and Agriculture w/ electronic surveillance

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. 1 Senior citizen Father w/ HIV + syndrome 67 Oct 2008 # 1 HIV + syndrome brother 35 yrs. of Age w/ mental illness & 1 HIV + syndrome daughter in Flagstaff Az Ms. Kimmy Lee Lee ©, 2 Nieces Ms. Jennifer Michelle Calbert and Ms. ... Dougherty.

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable): Roman Catholic Church of Ireland 10 % of tithes and Volunteer Work at Fr. Joes St. Vincent Depaul Villages Washington DC, Boston Ma and NY NY or/and by; donations tax deduct.

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): Song Lyrics as © Jimmy Lee TM. of Grand old Opry Nashville Tn. Artwork drawings of Abstract Art prison art and Ideas. - also see = Confederate Country music Union of the United States of America = Hines v. Jaffe Inc Peter Dodd & Assoc. et al CV-06-5728 # Los Angeles Ca.

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you must explain the sources of funds for your day-to-day expenses. Welfare Health and Indigent supplies at tax payer expenses approx 10.00 a month personal hygine items and Legal supplies.

**I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.**

2-18-2008
DATE

James Lyon O'Hines
SIGNATURE OF APPLICANT

da to Az from [illegible] Ill [illegible] Brown

Ibarra [illegible] Ruiz White
Pico [illegible] Business
[illegible] Ortiz financial
Marriage [illegible] profiling
Petersons [illegible] Dobbs Hostile
Pleasant [illegible] [illegible] Adverse
[illegible] ful 19 days [illegible] Communist
Government
Nonyo [illegible] [illegible] Bridge Private Public
Kash Kali [illegible] Chula Vista To Prison
Keith [illegible] Phoenix alvarez
Kenneth [illegible] [illegible] Proxy career
GEICO [illegible] & MOB
Allstate [illegible]

Reverse Racial Discrimination [illegible]
Computer [illegible] Homicide Medical
INS CIA [illegible] child abuse [illegible]
FBI [illegible] Robbery Intelligence
ATF [illegible] Sexual Perversion
[illegible] Guylandia [illegible] transaction

Sanreburbon [illegible] The Brass Rail Bar
[illegible] Hillcrest
Opera Bar [illegible] North Park
TJ Camp [illegible] Mission [illegible]
To ham [illegible] Two Cows Bar
[illegible] Phoenix

[illegible]

If you are a **prisoner** you must have an officer from your institution provide this official certificate as to the amount of money in your prison account. There are no exceptions to this requirement.

## PRISON CERTIFICATE

**(Incarcerated applicants only)**

(To be completed by the institution of incarceration)

I certify that the applicant James Lynn O'Hines / aka Jackson Malley,
(NAME OF INMATE)

Arizona State Prison Florence/97067 # / K86484 Atascadero Calif,
(INMATE'S CDC NUMBER)

has the sum of $ 0.00 / ? on account to his/her credit at A.D.O.C./ ASH.

Florence State prison / Atascadero State Hosp.
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities 0.00 (zero)

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's ***average monthly balance*** was $ 0.00 (zero),

and the ***average monthly deposits*** to the applicant's account was $ 0.00 (zero).

ALL PRISONERS ***MUST*** ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).

02/26/08
DATE

D. Ford CO III
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

D.O Ford
OFFICER'S FULL NAME (PRINTED)

CO III
OFFICER'S TITLE/RANK

Barnett

Tim Howe

1875 Evidence

5000 A90e

SD Region IV

Parole

From Corcoran

Rwe Kane P-3

closet Homosexual violence

Harassment by [illegible]

[illegible]

Phoenix

Padres

[illegible]

P3

[illegible]

1959

1966

1967 photos

[illegible]

SB 30

Danny H.

# TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
## (Incarcerated applicants only)

(This form **MUST** be completed by the prisoner requesting to proceed in forma pauperis. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed in forma pauperis.)

I, James Lynn O'Hines, request and authorize the agency holding me in
(Name of Prisoner/ CDC No.)

custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☐ $350 (civil complaint) or ☑ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

2/18/2008
DATE

James Lynn O'Hines
SIGNATURE OF PRISONER

[illegible]

Ed Q

San Quentin

Legal

Photocopy