FILED
MAY - 9 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LYNN O'HINES, Petitioner, vs. ONTIVEROS, Warden, Respondent. | Civil No. 08cv0698 BEN (PCL) **ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS*** |

Petitioner James Lynn O'Hines, a state prisoner proceeding *pro se*, has filed a Petition for Writ of *Habeas Corpus* pursuant to 28 U.S.C. § 2254 and moved to proceed *in forma pauperis*. In support of his motion, O'Hines submits a declaration, together with exhibits, showing that he has $0.00 on account at the correctional institution in which he is presently confined. Because he cannot afford the $5.00 filing fee for the Petition, the Court grants his motion to proceed *in forma pauperis* and allows him to prosecute this action as a poor person without being required to prepay fees or costs and to post security. The Clerk of the Court shall file O'Hines' Petition for Writ of *Habeas Corpus* without prepayment of the filing fee.

IT IS SO ORDERED.

Dated: May 8, 2008

Roger T. Benitez
United States District Judge