James Lynn O Hiris
NAME

197067
PRISON NUMBER

Box 3400 Florence
CURRENT ADDRESS OR PLACE OF CONFINEMENT

Florence Az 85232
CITY, STATE, ZIP CODE

FILED
MAY 27 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

James Lynn O Hiris,
(FULL NAME OF PETITIONER)

PETITIONER

v.

Deputy Warden C. Toers-Bijns,
(NAME OF WARDEN, SUPERINTENDENT, JAILOR, OR AUTHORIZED PERSON HAVING CUSTODY OF PETITIONER [E.G., DIRECTOR OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS])

RESPONDENT

and

1300 I Street Ste 1740
Sacramento Ca. 95814
916 - 324 - 5437,
The Attorney General of the State of California, Additional Respondent.

Case: 3:08-cv-00698-BEN-PCL

Civil No ______
(TO BE FILLED IN BY CLERK OF U.S. DISTRICT COURT)
#Case: 308-cv-00698 BEN-PCL#

## FIRST AMENDED
### PETITION FOR WRIT OF HABEAS CORPUS

UNDER 28 U.S.C. § 2254
BY A PERSON IN STATE CUSTODY

1. Name and location of the court that entered the judgment of conviction under attack: San Diego Calif 500 e Third Ave Chula Vista Ca. 91910-5649
2. Date of judgment of conviction: Jan 4th 1998 consolidated to 2002
3. Trial court case number of the judgment of conviction being challenged: SCF 122463# and Appellate No's. D040670 & D052738.
4. Length of sentence: 5yrs 80 % & Indeterminate Civil M.D.O. #

5. Sentence start date and projected release date: approx 11/22 97 to 2004 exp. 3yrs parole one additional year for 2008. Region IV parole Dept.

6. Offense(s) for which you were convicted or pleaded guilty (all counts): 4501.5 p.c. and calif civil code of proc & civil m.o.o. 1286 & 1381 as aka Jackson Malloy K86989 (Merged me prospect name)#.

7. What was your plea? (CHECK ONE)
   - (a) Not guilty ☐
   - (b) Guilty ☑
   - (c) Nolo contendere ☐

8. If you pleaded not guilty, what kind of trial did you have? (CHECK ONE)
   - (a) Jury ☐
   - (b) Judge only ☐

9. Did you testify at the trial?
   ☐ Yes ☑ No

**DIRECT APPEAL**

10. Did you appeal from the judgment of conviction in the **California Court of Appeal**?
    ☑ Yes ☐ No

11. If you appealed in the **California Court of Appeal**, answer the following:
    - (a) Result: summary dismissal. encouraged to proceed.
    - (b) Date of result (if known): Sept 20 2002
    - (c) Case number and citation (if known): D040670
    - (d) Names of Judges participating in case (if known) unable to identify at this time. (Stephen M Kelly court clerk)# 4th Appellate Dist.
    - (e) Grounds raised on direct appeal: "Overturn/ruling" w/ charging c/os.# Labor Dispute (unknown at time of charges) ineffective assist of counsel selective prosecution by Counties San Diego & Santa Barb.

12. If you sought further direct review of the decision on appeal by the **California Supreme Court** (e.g., a Petition for Review), please answer the following:
    - (a) Result: Pending at this time.
    - (b) Date of result (if known): March 26, 2008
    - (c) Case number and citation (if known): D052738.
    - (d) Grounds raised: Plea of Guilt as innocent w/ counsel, Motion of Discovery illegally obtained by referral, Miranda Rights, Automatism.

13. If you filed a petition for certiorari in the **United States Supreme Court**, please answer the following with respect to that petition:

(a) Result: pending since Sept '05 Oct '05 Aug '06 Oct 9th 2007 #

(b) Date of result (if known): last correspondence Oct 9 2007.

(c) Case number and citation (if known): unresponded too late past 10 day usual time limit "ab in vito" under duress.

(d) Grounds raised: Hines V. Arpaio, Sheriff Joe. Writ of prohibition Mandamus Injunction TRO's Dombrowski Doctrine V.S. Pfister 380 US 479 85 Sct 1116 1965. Television surv. abuse 18 USCA §§ 2510-2520, Cause & Prejudice, Privileges & Immun. cl.

## COLLATERAL REVIEW IN STATE COURT

14. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Superior Court**?
☑ Yes ☐ No

15. If your answer to #14 was "Yes," give the following information:

(a) **California Superior Court** Case Number (if known): Chula Vista Ca. Case NO #

(b) Nature of proceeding: Petition to amend Abstract of Judgement

(c) Grounds raised: Alias used by automation subjugation in custody. no arraignment is not true identity as stated to the court Judge Raymond Edwards. ineffective assist of counsel Class action plaintiff under Coleman Vs Wilson, Schwarzenegger

(d) Did you receive an evidentiary hearing on your petition, application or motion?
☑ Yes ☐ No

(e) Result: Granted

(f) Date of result (if known): approx April & May of 1998 #

16. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Court of Appeal**?
☑ Yes ☐ No

17. If your answer to #16 was "Yes," give the following information: * # Supplemental factors & elements - (e) (h).

(a) **California Court of Appeal** Case Number (if known): D040670 # D052738 #

(b) Nature of proceeding: petition for habeas corpus # Habeas Corpus.

(c) Names of Judges participating in case (if known) (unknown at this time) rev. 750 B Street Ste. 300 3/26/08.

(d) Grounds raised: not juris prudence at time) .. basically; Overtraining: Labor dispute; in treatment at time of offense as charged pending imminent parole discharge.

(e) Did you receive an evidentiary hearing on your petition, application or motion?
☒ Yes ☐ No

(f) Result: denied # rev. pending #

(g) Date of result (if known): Sept 20 2002 # 2/10/06 # 3/26/08 #

(d.A). Keheny v. Audrey defense at FSP pre-civil-m.o.o. Plea

18. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Supreme Court**?
☒ Yes ☐ No Selective Prosecution strike Mo. 8/21/88 A.P.W. * 45 days

(d B) Bargain Involuntarily / Brady materials / Matthews Balancing test. B.L.T.

19. If your answer to #18 was "Yes," give the following information:

(a) **California Supreme Court** Case Number (if known): pending # D052738.

(b) Nature of proceeding: Writ of Habeas Corpus, 4th Appellate Dist 750 B Street Ste 300. # Division One - (R) (edr.) #

(c) Grounds raised: (1) Automation deliberate elicitation to self incriminate by media video surveillance in treatment for: Hep C + virus or T.B ? (unknown at time) (2) Ineffective assist of counsel (La Fed cts agree comprehensible) dual or duplicitous appeal (3) Labor dispute IND (4) diminished capacities

(d) Did you receive an evidentiary hearing on your petition, application or motion?

☐ Yes ☒ No * rev. Sheriff Jim Sheffield of Santa Barbara Co. FSP to ASH. Obstructed mail and oppressed by censorship citizen/denizen

(e) Result: ("pending") 18 USCA §§ 1341-1347 mail fraud #.

3/26/08 (f) Date of result (if known): pending 11/28/07 to ? (per reg. de novo)

(g). approx 2002 2004 to now for Smith Family w/ Henderson and * Sheriff Joe Arpaio for Los Angeles Brownsville Homocide Info-Annexed & Annotated 42 USCA § 1068 Responsibility for deputies & peace officers Capt Ortiz # at Atascadero State Hosp. Mail Room. F Troop (Ulster Volunteer Force) V.F.W. Veterans. *



(h). Rodriguez Farms Salinas Valley v.s. Petitioner in/out of custody.

**20.** If you did ***not*** file a petition, application or motion (e.g., a Petition for Review or a Petition for Writ of Habeas Corpus) with the **California Supreme Court**, containing the grounds raised in this federal Petition, explain briefly why you did not:

Because of obstruction and oppression of a citizen by Calif Sheriffs and Arizona Sheriffs as a Brentwood Los Angeles Co. double Homocide & evidence witness in need of Hertzberg-Leslie Wit protection Act found competent by Az Rule 11 # Absolute Priority Rule 11USCA § 1129 (b)(2)(B)(ii) Both depositions # 1974 & 3/26/06

## COLLATERAL REVIEW IN FEDERAL COURT

**21.** Is this your **first** federal petition for writ of habeas corpus challenging this conviction?
☐ Yes ☑ No (IF "YES" SKIP TO #22)

(a) If no, in what federal court was the prior action filed? Southern Dist Fed Courts.

(i) What was the prior case number? 308-cv 00698

(ii) Was the prior action (CHECK ONE):

☐ Denied on the merits?

☑ Dismissed for procedural reasons?

(iii) Date of decision: pending amendment 6/26/08

(b) Were any of the issues in this current petition also raised in the prior federal petition?
☑ Yes ☐ No

(c) If the prior case was denied on the merits, has the Ninth Circuit Court of Appeals given you permission to file this second or successive petition?
☑ Yes ☐ No There is a Dombrowski Doctrine Issue: 1st Amend.

Note: Duress for Sheriff Joe & Vic Arpaio 5000 Narco Task Squad. Phoenix C.R.

**CAUTION:**

- **Exhaustion of State Court Remedies:** In order to proceed in federal court you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. This means that even if you have exhausted some grounds by raising them before the California Supreme Court, you must first present ***all*** other grounds to the California Supreme Court before raising them in your federal Petition.

- **Single Petition:** If you fail to set forth all grounds in this Petition challenging a specific judgment, you may be barred from presenting additional grounds challenging the same judgment at a later date.

- **Factual Specificity:** You must state facts, not conclusions, in support of your grounds. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do. A rule of thumb to follow is — state who did exactly what to violate your federal constitutional rights at what time or place.

# Racial Employment Controversy Plaintiff Irish Catholic vs Salinas California & San Joaquin Valley Colo-Clark Farms. # Non-Plaintiff vs. us under duress, Farm credit Administration California to Arizona Attorney Conflict of Interest Brennen House K.S. Anonymous Private Counsel. UCC § 4105(5)



Phoenix Az Maricopa Co. Case No. CR2004-1240 4400107. Rule 32 PCR.

## GROUNDS FOR RELIEF

22. **State *concisely* every ground on which you claim that you are being held in violation of the constitution, law or treaties of the United States. Summarize *briefly* the facts supporting each ground.** (e.g. what happened during the state proceedings that you contend resulted in a violation of the constitution, law or treaties of the United States.) If necessary, you may attach pages stating additional grounds and/or facts supporting each ground.

(a) **GROUND ONE**: Conviction was obtained by use of a coerced confession.

**Supporting FACTS**: (A) For the discovery of the offense before and after the alleged incident without Miranda Warning and after Miranda Rights were read defendant as suspect; accession -- the act of acceding or agreeing -- RFV Houston Salmond on the law of Torts 113 17th ed111 (1977) had taken place and still is by electronic communications by acquiescence of supervising hospital authority for aural acquisition to obtain a statement i.e.: "coerced confession" for an ambulatory automatism defense. (B) This forced a Parole Dept Region IV Santa Barbara San Diego Ventura - Oxnard prosecutorial referral and consecutive sentencing other than parole violation, and biased accumulative evidentiary factors for the element of illegal conviction of one innocent. (C) Institutional enforcement of Parole & C.S.O. Cot-x or Parollee Partnership Program P.3 as an accessory before the fact use of audio-hypnosis for interrogations. (D) Summarily amended or altered judgment is requested.

**Did you raise GROUND ONE in the California Supreme Court?**

☑ Yes ☐ No.

If yes, answer the following:

(1) Nature of proceeding (i.e., petition for review, habeas petition): habeas petition

(2) Case number or citation: 4th Appellate Div. One. D052738.

(3) Result (attach a copy of the court's opinion or order if available): attached.

(b) **GROUND TWO**: Conviction obtained by a violation of the privilege against self incrimination.

**Supporting FACTS:** (A) In between arraignment and preliminary hearing that served as immediate sentencing Attorney and prosecutor tactfully persuaded defendant into a plea bargain in exchange for an admission to a guilt complex over generalized rumour of a "Jack and Jill" story belatedly consultant for other major case concerns in Los Angeles Ca. implicative for eyewitness and evidence exposure in Del Mar Calif 1994-96 from 1990 to 1997#
(B) This self incrimination pressured defendant into plea bargain as innocent w/ counsel and politically implications by extrajudicial causa, detain, proceedings that if not differentially treated could shift and persuade the Presidential Vote in favor of a Black American candidate ... late ... upon now election year, for the consequences of Media, freedom of speech, ... of the press ... and Religion if relief requested is granted.
(C) Thus defendant entered into plea bargain, and expressed to judge at sentencing ... "it would provide a rehabilitation opportunity ..." (D) for the consolidation of a civil m.d.o. too severe and harsh of punishment has occurred prejudicially for unequal protection in pursuit of justice w/ pendancy of appeal(s) to be granted concurrent jurisdiction, conversion of custody.

**Did you raise GROUND TWO in the California Supreme Court?**

☑ Yes ☐ No.

If yes, answer the following:

(1) Nature of proceeding (i.e., petition for review, habeas petition): habeas petition

(2) Case number or citation: 4th Appellate Div. D052738

(3) Result (attach a copy of the court's opinion or order if available): attached.

(c) **GROUND THREE**: Conviction obtained by a violation of the protection against double jeopardy.

**Supporting FACTS:** (A) Defendants plea of guilt (set aside while appeal is pending), violated the standard for double jeopardy at the time appellant-defendant made the plea because counsel and prosecutor were far advanced in/of Memorandum of appellant's class-action plaintiff status and persuaded defendant w/ disability to cop to a quick plea as instructed w/counsel. (B) Prosecutorial selection by whatever means of discovery were provided upon referral to offer a plea, and dually advised by any supervising agency of parole violation status denied defendant equal protection similarly to others without any explanation, except a Three Strikes clause compared to a plea offer (C) Continued supervising agency and controlling case consolidated after the fact of conviction and sentencing prejudicing by joinder of information, a seperate trial ordered on a single as original offense, without an original severance or alternative sentencing in exchange for defendant's plea--- caused the retro-active injury for a collateral attack by review appellant now request. (D) Defendants continued custody or release status if the court grants altering, amending, dismissal of case or appeal is a question now due to defect in the prosecution as demonstrated to change plea w/ assist of app. counsel.

**Did you raise GROUND THREE in the California Supreme Court?**

☑ Yes ☐ No.

If yes, answer the following:

(1) Nature of proceeding (i.e., petition for review, habeas petition): habeas petition.

(2) Case number or citation: DO52738

(3) Result (attach a copy of the court's opinion or order if available): attached

(d) **GROUND FOUR**: Conviction obtained by use of evidence gained pursuant to an unlawful arrest. (where state did not provide a full and fair hearing on 4th Amendment claim) #.

**Supporting FACTS:** (A) Defendants arrest in custody was illegal. Custodians and Reporting employee obtaining all evidence biased and prejudiced defendant by means of discovery based on search and seizure, no probable cause for example. Physical and computer surveillance inc: place, person to be searched and things to be seized.
(B) Compelling appellant to be tried in a criminal case from this search and seizure jeopardizes life and limb and liberty interest and loss of personal private property w/out just compensation, over burdensome influences deny the right to be safe and secure in custody out of custody w/out too high a propensity for adverse dominion and failure to provide effective rehabilitation as an isolated, secluded inmate citizen in maximum security.
(C). If responsibility for prisoners lies with the state of California especially those receiving medical or psychiatric treatment the referred for prosecution of felonious behavior denies a more full review based on due process rights for fair and impartial venue flexible enough to allow a defense for the accused, now heretofore presented ex parte.
(D) Imposing a sentence or disability is requested due to civil judicial of sentence that's enforced an oppressive Division of parole, division.

**Did you raise GROUND FOUR in the California Supreme Court?**

☑ Yes ☐ No.

If yes, answer the following:

(1) Nature of proceeding (i.e., petition for review, habeas petition): habeas petition

(2) Case number or citation: pending D052738

(3) Result (attach a copy of the court's opinion or order if available): attached

**23.** Do you have any petition or appeal **now pending** in any court, either state or federal, pertaining to the judgment under attack?
☑ Yes ☐ No

**24.** If your answer to #23 is "Yes," give the following information:

(a) Name of Court: Superior Court of Arizona County of Cochise

(b) Case Number: CV2007 00695

(c) Date action filed: Aug 15th 2007

(d) Nature of proceeding: Motion Civil Code of procedures Fed. & State California and Arizona 42 USC § 3 Indians

(e) Name(s) of judges (if known): unknown

(f) Grounds raised: [illegible] multiple damages Religious Oppression, missing child, Freedom of the press, need for Lawyer of choice Michael Greenwood LaFayette [illegible] Mo. Negligence Tort [illegible] medical mal practice Breach of contract, fraud, defamation, [illegible]

(g) Did you receive an evidentiary hearing on your petition, application or motion?
☑ Yes ☐ No Fee deferral and consent to judge [illegible] approved

**25.** Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing: Roberto Guerra public defenders office Chula Vista Bldg 500 Third Ave San Diego Calif

(b) At arraignment and plea: Roberto Guerra " "

(c) At trial: Immediate sentencing Mark Davis Downtown Offices 220 W. Broadway San Diego Ca.

(d) At sentencing: " Mark Davis public defenders office Downtown [illegible] bldg Dist Court

(e) On appeal: pro per

(f) In any post-conviction proceeding: pro per

(g) On appeal from any adverse ruling in a post-conviction proceeding: pro per

26. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
☐ Yes ☑ No

27. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
☑ Yes ☐ No

(a) If so, give name and location of court that imposed sentence to be served in the future: San Luis Obispo Calif Monterey Street (Central Coast Calif)

(b) Give date and length of the future sentence: Indeterminate civil / M.D.O. as aka Jackson Malloy K86484 (2 mo. [illegible] prospect)

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
☑ Yes ☐ No

28. Consent to Magistrate Judge Jurisdiction

In order to insure the just, speedy and inexpensive determination of Section 2254 habeas cases filed in this district, the parties may waive their right to proceed before a district judge and consent to magistrate judge jurisdiction. Upon consent of all the parties under 28 U.S.C. § 636(c) to such jurisdiction, the magistrate judge will conduct all proceedings including the entry of final judgment. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to consent to a magistrate judge as it will likely result in an earlier resolution of this matter. If you request that a district judge be designated to decide dispositive matters, a magistrate judge will nevertheless hear and decide all non-dispositive matters and will hear and issue a recommendation to the district judge as to all dispositive matters.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including the entry of final judgment, by indicating your consent below.

Choose only one of the following:

☑ Plaintiff consents to magistrate judge jurisdiction as set forth above.

**OR**

☐ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

**29.** Date you are mailing (or handing to a correctional officer) this Petition to this court: Approx May / June

Wherefore, Petitioner prays that the Court grant Petitioner relief to which he may be entitled in this proceeding.

pro per

SIGNATURE OF ATTORNEY (IF ANY)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

May / June 2008 (DATE)

SIGNATURE OF PETITIONER