IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES LYNN O'HINES,<br><br>Petitioner,<br>v.<br><br>JOHN ONTIVEROS, Warden, et al.,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. 08cv698 BEN (PCL)<br><br>**ORDER DENYING PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL (Doc. 2.)** |

Petitioner, proceeding *in forma pauperis*, asks the Court to appoint him counsel. (Doc. 2.)

Here, in the federal system,"it is well-settled that there is generally no constitutional right to counsel in civil cases." United States v. Sardone, 94 F.3d 1233, 1236 (9th Cir.1996). Rather, district courts have discretion, pursuant to Title 18 U.S.C. § 3006A(a)(2)(B), to appoint counsel to represent a habeas petitioner whenever "the court determines that the interests of justice so require" and such person is financially unable to obtain representation. See Chaney v. Lewis, 801 F.2d 1191, 1196 (9th Cir. 1986).

Plaintiff has prosecuted his case so far without the assistance of counsel; he has filed a First Amended Complaint with four grounds on which he claims that he is being held in violation of the U.S. Constitution. (Doc. 8.) Moreover, Plaintiff's case is not exceptional and he has failed to demonstrate that justice requires the appointment of counsel. For the reasons stated, Plaintiff's motion is DENIED.

IT IS SO ORDERED.

DATE: May 30, 2008

Peter C. Lewis
U.S. Magistrate Judge
United States District Court

Cc: The Honorable Benitez
All Parties and Counsel of Record