UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 JUN -4 AM 8:22
CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

**NOTICE OF DOCUMENT DISCREPANCIES**

TO: ☐ U. S. DISTRICT JUDGE / ☑ U. S. MAGISTRATE JUDGE Lewis

FROM: R. Mullin, Deputy Clerk RECEIVED DATE: 5/27/2008

CASE NO.: 08cv~~0467 JM (AJB)~~ 0698BEN (PCL) DOCUMENT FILED BY: Petitioner

CASE TITLE: ~~Mabry v. Scribner~~ O'HINES V. ONTIVEROS

DOCUMENT ENTITLED: HIV & Cancer Diseases Imminent Dangers & Threats...

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | *Local Rule* | *Discrepancy* |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | | **OTHER: Improper format.** |

**Date forwarded:** 5/28/2008

**ORDER OF THE JUDGE / MAGISTRATE JUDGE**

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☑ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes. Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: HON. LEWIS

Dated: 6-2-2008

By: [signature]

cc: All Parties

A.I.D.S.

Case: [redacted]



REJECTED

Ultra Hazardous Activity Tort §

U.H.A.T 520 § 1977 #.

15th & 8th & 9th 10th 11th

Constitutional Rights Violations.

James Lynn O'Hines #197067
ASPC-Florence-SMU II
Special Management Unit II - Eyman
PO Box 3400
2-Fox-50
Florence, AZ 85232

ADOC

SSU
IGI
TGI

V. Greyhound Bus St. % Urbine

Florence and Corcoran %s.

# HIV+ and Cancer Diseases. Imminent Dangers & Threats. § Food Transmissions §

Names and Faces: & Composite Criminal photos.
Badge No's and I.D.'s

California SSU squad & San Diego Police Dept. California Dept. of corrections peace officers Union HIV+ discriminations Food and Threats of cancer by 10. c.c. syringes Barnes Hospital Jews Radioisotols Norman Richter Nuclear medicines Dept. St. Louis Mo to Florence Az from San Diego. Family of Hissong - Cole - Clark - Stuart - Wagner - Henderson vs. Hines, James, Lynn I/m at Florence. "Hussongs" of Ensanada Mexico with mexican illegal aliens employed to deny Constitutional Rights to "Clean Food" w/ a regular Diet as other inmates Mon to Fri and Sat to Sun to sustain health.