James Lynn O'Hara 197067
Box 3400 ... SMU E
Florence Eyman Complex Florence Az
85232. 602-542-5497 ADOC.

FILED
2008 JUN 11 PM 3:58
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY RM DEPUTY

NUNC PRO TUNC
JUN - 9 2008

Expedited de novo Review
Civil No. 08-0698 BEN.PCL

James Lynn O'Hara 197067

v.

Ventura County Parole Dept
Arizona Dept. of Corr.
Dora B Schriro, Dir of Corr.
Janet Napolitano, Gov.
Arnold Schwarzenegger et al.
Corcoran Ca % peace officers
Atascadero Ca % peace officers
Florence Az. % peace officers

Motion to Stay Judgement for a Disability. Fed. R. Crim. P. 38.

Arizona Dist. Atty
1275 W. Washington Street
Phoenix Az 85007
tel. 602 542 5025

California Dist. Atty.
1300 I Street Ste 1740
Sacramento Ca. 95814.
tel 916-324-5437

A. Jurisdiction (s) 28 U.S.C. § 1332 (a), 1404 (a) Diversity jurisdiction Change of Venue Federal Transfer(s).

Issue: In Custody Arrests at Prison Hospitals and from State Hospital to Community Hospital arrest w/ injuries.

Rule: Federal Rules of Appellate Procedure: 8, 9 (b) 9 (a) Federal Rules of Criminal Proc 38 (a). Stay Pending Review for change of plea w/ counsel to innocent... 3006 A




§ Alert: California to Arizona w/ HealthSystems Inc §

Defendant(s) Above Peace Officer Union of; Champagne/Urbana, Illinois Conglomerated effort.

Imminent Dangers. ? Brentwood Homocides Witness 1994 does by Bi-racial Marriage of Nicole B. Simpson to OJ Simpson jeopardy of risks as Jewish B'nai B'rith Society Domestic Terrorism & threats w/ priors for pattern of group of people "Tri-Star Car club". ☮

Prior Lawsuits filed ? aka Jackson Malloy K86484 v. George Galaza family at Corcoran Calif 94cv6647 Fresno East. Dist Cts. James Lyan O'Hines v. B'nai B'rith Society CV06 2247 Phx Fed. Dist Courts Hines v. Peter Dauldah & Assoc CV05 3412 " "

Pending Appeals ? San Diego Ca 4th Appellate Dist. D052738* Hines v. Ontiveros 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. and ditto case No for corrective pleading Hines v. Dept. Warden Tocia-Bijns, Schriver, et al. A white-Brown political resistance v. Black & White (eg)

Appt. of Counsel, Conflict of Interest: ? Kenneth S. Countryman P.C is atty for "Mexican Aguilar Jewlers" of San Diego Ca. and adverse to plaintiff per Rule 32 counsel w/ prior adverse associations

Seriousness of physical injuries ? Balabans St. Louis Mo. Del Mar Ca San Diego, Brentwood by "Brennan House" Unfinished operation on leg arm while in custody partially blood circulation right thigh.

Factors and Elements; for Judicial Review.
Exhaustion of Remedies 42 usc § 1997 e (a).
Oppression, Obstruction and Infringement(s):
California Parole Dept Re IV under case at law:
Schlagenhauf V. Holder 379 US 104 1964 1999
amendment Calif Civil Code of Proc. § 2032.*
Fed. R. civ. P. 35 Fed R Evid 706 physical
mental examination and outside medical opinions.
Copyright and Copyright Infringements in Violation
of the 5th Amend U.S. Const. Statutes: 17 USCA §§
106, 506, 602. Criminal Infringement 18 USCA §§
2319-2320. with a record of disability e.g.,
Coleman VS Wilson VS Schwarzenegger Class Action;
a physical (blind right eye) impairment that limits
jurisprudent ability in 6th Amend. U.S. Const Violation
example: Reading & Writing Appeals w/out counsel.
3006 A title 18 --- Appt of as right to counsel.
Post Rule 11 of Arizona Competency, being regarded
as having such an impairment to limit due process
Equal protection of the laws programs, services in
custody Federally Funded for disabled prisoners.
Union - Conglomerated defendants Violation of 4th Amend.
U.S. Const Rights prior to U.S. supreme Court ruling 6 to 3
"conditions of release warrantless searches" US Justices:
John Paul Stevens David Souter Stephen Breyer.
* Prison Hospitals, Segregation, Security Mngt Units and
State Hospitals and public Hospitals guaranteed Rights:

(2). 1989 to 2002 (64)

Extradition Cl U.S. Const. Art IV § 2. cl. 2. *
Chicago Miracle Temple Church Inc v. Fox N.D. Ill. 1995 *
901 F.Supp. pre-conceived conspiracy. 75. (1).
(4.) of Fed. R. Crim. p. 38. combined w/ Americans w/ Disability Act ADA 12101/12213, States:
for plaintiff as aka Jackson Malloy K86489 civil m.o.o. consolidated rulings from San Diego Ca to San Luis Obispo Ca. for case NO. SRF122463 #
"If the defendants conviction or sentence creates a civil or employment disability under Federal Law the district court or the court of Appeals May Stay the disability on any terms appropriate the Court may issue any order reasonably necessary to protect the interest represented by the disability pending appeal including injunctions orders for appt. of counsel, Medical Evaluations for serious physical injuries eye, leg, arm, back. (2) alien enormous case at law: Estelle v. Gamble 429 U.S. 97 (1976). T.R.O.s and Garnishees of Wages on defendant(s). Fed. R. Civ p. 64, 65. property, personal effects songs & lyrical melodies taken to Orlando Fl. for Tracey '82 '83. (6). Lawrence Country & Western Music songwriter & singer By attorneys Kenneth S. Countryman Private Counsel for conflict of interest of controlling custody case. Arizona v. James Lynn Hines CR 2004 1290 44001 DT Atty Red Stovall of Bakersfield Ca for Keith Urban (c) and West Side Pentecostal Faith Temple Churches. Church & State Reverse Religious Discrimination(s) Racially:
* Police Dept. v. Mosley 408 US 92 95 92 S.Ct 2286 2290 1972 *

#. pre~post exploration for experimentations.

* Farmer, 511 U.S. at 843. * Marsh v. Butler County 268 F.3d 1014 1029 11th Cir. 2001 (en banc).

8th Amend. U.S. Const. Rights Violation Security Mgmt Unit at Florence via Atascadero State Hospital. Classification, Medical Treatment, Food and Personal Hygiene compared to others disparately treated as a white-seminole adverse witness in adverse domain Mexicans and psych cases inmates preferentially treated for silence conduct of "Accessio" for Ambulatory defenses against Rule Violations written to oppress and minimum access to Law Library, telephones, typewriters, attorneys, and incoming/outgoing mail. Overdue Release date for punitive/putative isolated, segregated non-compatible housing w/ gangs of minorities.

False Statements "on the record" 18 USCA § 1506 2071 2073 model p.c. 224-4 (1997) to declare or injure or conceal wrongdoing Obstruction(s) Wire Fraud 18 USCA § 1343 Surveillence to interrogate Electronic Television Wireless Computer 18 USCA § 2510 2520 *

Grounds: Plaintiff claims that he's currently housed in Arizona arrested at Prison Infirmary RJ Donovan for Batt. on non prisoner and arrested at Good Samaritan Hospital in Phoenix Az from Atascadero State Hospital A.W.O.L. Oppression by Surveillence is continued. From San Diego Co. P-3 program by interstate compact agreement Union contract denying due process and of Right issues. True and Correct under penalty of perjury. 18 USC § 1621, 28 USC § 1746 . .

[signature]