EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GARY W. SCHONS
Senior Assistant Attorney General
KEVIN VIENNA
Supervising Deputy Attorney General
MATTHEW MULFORD, State Bar No. 184000
Deputy Attorney General
110 West A Street, Suite 1100
San Diego, CA 92101
P.O. Box 85266
San Diego, CA 92186-5266
Telephone: (619) 645-2227
Fax: (619) 645-2271
Email: Matthew.Mulford@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES LYNN O'HINES,**<br>Petitioner,<br>**v.**<br>**ONTIVEROS, Warden,**<br>Respondent. | 08-0698 BEN (PCL)<br>**NOTICE OF APPEARANCE** |

The California Attorney General hereby files this Notice of Appearance to inform the Court of assigned counsel in this proceeding.

///

///

///

The attorney with principle charge of the case is as follows:

Matthew Mulford, Deputy Attorney General
Office of the Attorney General of the State of California
110 West A Street, Suite 1100
San Diego, CA 92101
P.O. Box 85266
San Diego, CA 92186-5266
Telephone: (619) 645-2227
E-mail: Matthew.Mulford@doj.ca.gov

Dated: June 13, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GARY W. SCHONS
Senior Assistant Attorney General

KEVIN VIENNA
Supervising Deputy Attorney General

s/ Matthew Mulford

MATTHEW MULFORD
Deputy Attorney General
Attorneys for Respondent

MM:adc
70127355.wpd
SD2008700420

## CERTIFICATE OF SERVICE BY U.S. MAIL

Case Name: **O'Hines v. Ontiveros** No.: **08-0698 BEN (PCL)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On June 13, 2008, I served the following documents:

**NOTICE OF APPEARANCE**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

### Electronic Mail Notice List

I have caused the above-mentioned document(s) to be electronically served on the following person(s), who are currently on the list to receive e-mail notices for this case:

N/A

### Manual Notice List

The following are those who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing):

James Lynn O'Hines
197067
ASPC-Eyman
SMU II
P.O. Box 3400
Florence, AZ 85232
In Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 13, 2008, at San Diego, California.

| | |
|---|---|
| Monica E. Seda | Monica E. Seda |
| Declarant | Signature |

SD2008700420
70127370.wpd