EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GARY W. SCHONS
Senior Assistant Attorney General
KEVIN VIENNA
Supervising Deputy Attorney General
MATTHEW MULFORD, State Bar No. 184000
Deputy Attorney General
110 West A Street, Suite 1100
San Diego, CA 92101
P.O. Box 85266
San Diego, CA 92186-5266
Telephone: (619) 645-2227
Fax: (619) 645-2271
Email: Matthew.Mulford@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES LYNN O'HINES,** Petitioner, v. **ONTIVEROS, Warden,** Respondent. | 08-0698 BEN (PCL) **APPLICATION FOR THIRTY-DAY ENLARGEMENT OF TIME TO FILE MOTION TO DISMISS OR ANSWER; DECLARATION OF MATTHEW MULFORD IN SUPPORT THEREOF** |

The California Attorney General's Office respectfully requests, under Federal Rule of Civil Procedure 6(b), that this Court order a thirty-day enlargement of time to file either a Motion to Dismiss or an Answer to O'Hines's Petition. This Court has ordered that a Motion be filed by June 16, 2008, and an Answer by July 1, 2008, but respondent needs more time simply to attempt to make heads or tails of O'Hines's documents, in that he seems to have filed four separate petitions in this Court, may have filed habeas petitions under two different names in state court, and appears to be in Arizona custody and not California custody, as explained in the attached declaration of Matthew Mulford.

Although we have requested and received several documents concerning O'Hines, counsel is not sure whether other documents need to be requested or even whether all requested documents have arrived, which means additional time is necessary.

The California Attorney General's Office respectfully requests that the time to file a Motion to Dismiss or an Answer be extended for a thirty-day period, until July 14, 2008, and July 31, 2008, for good cause as shown in the attached declaration.

Dated: June 13, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GARY W. SCHONS
Senior Assistant Attorney General

KEVIN VIENNA
Supervising Deputy Attorney General

s/Matthew Mulford

MATTHEW MULFORD
Deputy Attorney General
Attorneys for Respondent

## DECLARATION OF MATTHEW MULFORD

Matthew Mulford declares under penalty of perjury:

I am the deputy attorney general assigned to prepare briefing in the matter of *O'Hines v. Ontieros*, 08-CV-0698-BEN (PCL).

I have had great difficulty in proceeding with O'Hines's matter in part because he has, apparently, also gone by the name of Jackson Malloy. Although my office began requesting and compiling information concerning O'Hines on May 16, 2008, we have not yet received a case file concerning what appears to be a Los Angeles County conviction in 2003, nor have I yet received information from the prisons. I am unsure what, if any, additional records may be necessary. I have made follow-up inquiries regarding the records we have already requested, but not yet received, but at this time I am simply unable to respond to O'Hines's claims.

I also have a full caseload, which included in the past thirty days the responsibility for filing a responsive motion in the Ninth Circuit in *Virgle v. Director*, 07-55412, and an Appellee's Brief in *Trevino v. Evans*, 07-56625. I have also filed briefs in the district court cases of *Fernandez v. Gonzalez*, 07-1665-DDP, and *Kirkley v. Walker*, 08-00460 SGL. I have spent much of my recent time seeking internal permission to file a petition for writ of certiorari in *Ellis v. Harrison*, 06-56159.

I was out of the office from May 16 through May 22, 2008, and plan to be out of the office from June 13 through June 23, 2008.

I respectfully ask the Court to grant a thirty-day extension of time for good cause shown such that a Motion to Dismiss is not due until July 14, 2008, and an Answer is not due until July 31, 2008.

///

///

///

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, on this day, June 12, 2008, at San Diego, California.

Dated: June 13, 2008

Respectfully submitted,

s/Matthew Mulford

MATTHEW MULFORD
Deputy Attorney General

MM:adc
70127361.wpd
SD2008700420

**CERTIFICATE OF SERVICE BY U.S. MAIL**

Case Name: **O'Hines v. Ontiveros** No.: **08-0698 BEN (PCL)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On June 13, 2008, I served the following documents:

**APPLICATION FOR THIRTY-DAY ENLARGEMENT OF TIME TO FILE MOTION TO DISMISS OR ANSWER; DECLARATION OF MATTHEW MULFORD IN SUPPORT THEREOF**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

## Electronic Mail Notice List

I have caused the above-mentioned document(s) to be electronically served on the following person(s), who are currently on the list to receive e-mail notices for this case:

N/A

## Manual Notice List

The following are those who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing):

James Lynn O'Hines
197067
ASPC-Eyman
SMU II
P.O. Box 3400
Florence, AZ 85232
In Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 13, 2008, at San Diego, California.

Monica E. Seda — Monica E. Seda (signature)

Declarant — Signature