IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES LYNN O'HINES,**<br>Petitioner,<br>**v.**<br>**ONTIVEROS, Warden,**<br>Respondent. | 08-0698 BEN (PCL)<br>**ORDER FOR A THIRTY-DAY ENLARGEMENT OF TIME TO FILE MOTION TO DISMISS OR ANSWER** |

With good cause shown for a thirty-day enlargement of time, it is hereby ordered that a Motion to Dismiss is not due until July 14, 2008, and that an Answer is not due until July 31, 2008. All other orders remain in effect.

Dated: ______________________________

______________________________
The Honorable Peter C. Lewis
United States Magistrate Judge

**CERTIFICATE OF SERVICE BY U.S. MAIL**

Case Name: **O'Hines v. Ontiveros** No.: **08-0698 BEN (PCL)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On June 13, 2008, I served the following documents:

**ORDER FOR A THIRTY-DAY ENLARGEMENT OF TIME TO FILE MOTION TO DISMISS OR ANSWER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

## Electronic Mail Notice List

I have caused the above-mentioned document(s) to be electronically served on the following person(s), who are currently on the list to receive e-mail notices for this case:

N/A

## Manual Notice List

The following are those who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing):

James Lynn O'Hines
197067
ASPC-Eyman
SMU II
P.O. Box 3400
Florence, AZ 85232
In Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 13, 2008, at San Diego, California.

| | |
|---|---|
| Monica E. Seda | Monica E. Seda |
| Declarant | Signature |