IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LYNN O'HINES,<br><br>Petitioner,<br>v.<br><br>JOHN ONTIVEROS, Warden, et al.,<br><br>Respondents. | Civil No. 08cv698 BEN (PCL)<br><br>**ORDER GRANTING RESPONDENTS' MOTION FOR EXTENSION OF TIME (Doc. 15.)** |

For good cause shown, Respondents' motion for an extension of time is hereby granted. Any motion to dismiss should be filed by July 14, 2008; any answer should be filed by July 31, 2008.

IT IS SO ORDERED.

DATE: June 16, 2008

Peter C. Lewis
U.S. Magistrate Judge
United States District Court

Cc: The Honorable Benitez
All Parties and Counsel of Record