EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GARY W. SCHONS
Senior Assistant Attorney General
DOUG DANZIG
Deputy Attorney General
MATTHEW MULFORD
Deputy Attorney General
State Bar No. 184000
110 West A Street, Suite 1100
San Diego, CA 92101
P.O. Box 85266
San Diego, CA 92186-5266
Telephone: (619) 645-2227
Fax: (619) 645-2271
Email: Matthew.Mulford@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES LYNN O'HINES,**<br>Petitioner,<br>**v.**<br>**ONTIVEROS, WARDEN**<br>Respondent. | 08-0698 BEN (PCL)<br>**DECLARATION OF JUDY GROSCHWITZ**<br>Judge: Hon. Peter C. Lewis |

EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GARY W. SCHONS
Senior Assistant Attorney General
DOUG DANZIG
Deputy Attorney General
MATTHEW MULFORD
Deputy Attorney General
State Bar No. 184000
110 West A Street, Suite 1100
San Diego, CA 92101
P.O. Box 85266
San Diego, CA 92186-5266
Telephone: (619) 645-2227
Fax: (619) 645-2271
Email: Matthew.Mulford@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LYNN O'HINES,<br>Petitioner,<br>v.<br>OTIVEROS,<br>Respondent. | 08-0698 BEN (PCL)<br>**DECLARATION OF JUDY GROSCHWITZ** |

I, Judy Groschwitz, declare as follows:

1. I am presently employed by the California Attorney General's Office as a senior legal analyst. In the course of my regular duties, I am responsible for locating and obtaining court records to facilitate the Attorney General's Office in preparing and filing of responses to Petitions for Writ of Habeas Corpus filed in the state and federal courts.

///

///

2. In response to a request of Deputy Attorney General Matthew Mulford, on July 11, 2008, I spoke with a telephone operator on the California Department of Corrections' Inmate Locator Hotline, (916) 323-4787. According to the operator, O'Hines, who had inmate number K-86989, was discharged from California custody on August 6, 2005.

3. Also on July 11, 2008, I ran O'Hines's Arizona inmate number, 197067, through an Arizona correction's website. Lodgment 8 is a true and accurate representation of the information I found. Barbara, who told me via telephone that she works with prison records at ASPC-Eyman, said that the information on the website is true and accurate.

4. On July 14, 2008, I spoke with Jenny Brush, who works in legal records at Atascadero State Mental hospital, and she told me that O'Hines left Atascadero as a parolee and went to a conditional release program on March 11, 2004.

5. On July 14, 2008, I spoke Bonnie Daly, who works for a conditional release program in San Diego, and she told me that O'Hines's file indicated that the conditional release program received him on March 11, 2004, as a parolee, and that on August 10, 2004, he left the program without permission. She said O'Hines's file had no additional information after August 10, 2004.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 14th day of July, 2008, at San Diego, California.

JUDY GROSCHWITZ
Senior Legal Analyst

JG:adc
ohines declaration 2.wpd

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name: **O'Hines v. Ontiveros**

No.: **08-0698 BEN (PCL)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On July 14, 2008, I served the attached **DECLARATION OF JUDY GROSCHWITZ** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

James Lynn O'Hines
197067
ASPC-Eyman
SMU II
P.O. Box 3400
Florence, AZ 85232
In Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 14, 2008, at San Diego, California.

| A. Curiel | [signature] |
|---|---|
| Declarant | Signature |

80259795.wpd