EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GARY W. SCHONS
Senior Assistant Attorney General
DOUGLAS DANZIG
Deputy Attorney General
MATTHEW MULFORD, State Bar No. 184000
Deputy Attorney General
110 West A Street, Suite 1100
San Diego, CA 92101
P.O. Box 85266
San Diego, CA 92186-5266
Telephone: (619) 645-2227
Fax: (619) 645-2271
Email: Matthew.Mulford@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES LYNN O'HINES,** Petitioner, v. **ONTIVEROS, Warden,** Respondent. | 08-0698 BEN (PCL) **NOTICE OF LODGMENT** Judge: Hon. Peter C. Lewis |

EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GARY W. SCHONS
Senior Assistant Attorney General
DOUGLAS DANZIG
Deputy Attorney General
MATTHEW MULFORD, State Bar No. 184000
Deputy Attorney General
110 West A Street, Suite 1100
San Diego, CA 92101
P.O. Box 85266
San Diego, CA 92186-5266
Telephone: (619) 645-2227
Fax: (619) 645-2271
Email: Matthew.Mulford@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES LYNN O'HINES,**<br><br>Petitioner,<br><br>**v.**<br><br>**ONTIVEROS, Warden,**<br><br>Respondent. | 08-0698 BEN (PCL)<br><br>**NOTICE OF LODGMENT**<br><br>Judge: Hon. Peter C. Lewis |

Respondent lodges the following documents with this Court. These documents are for the court's convenience and need not be returned.

1. Records from San Diego County Superior Court case, SF122463;
2. Clerk's Transcript, case B167222;
3. Reporter's Transcript, case B167222;
4. Appellant's Opening Brief, case B167222;
5. Order Inviting Supplemental Brief, case B167222;
6. Opinion, case B167222;

///

7. Petition for Writ of Habeas Corpus, and accompanying motion, D052738; and

8. Internet Record Concerning O'Hines's 2006 Arizona conviction.

Dated: July 15, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GARY W. SCHONS
Senior Assistant Attorney General

DOUGLAS DANZIG
Deputy Attorney General

s/ Matthew Mulford

MATTHEW MULFORD
Deputy Attorney General

Attorneys for Respondent

MM:adc
80259548.wpd
SD2008700420

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name: **O'Hines v. Ontiveros**

No.: **08-0698 BEN (PCL)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On July 15, 2008, I served the attached **NOTICE OF LODGMENT** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

James Lynn O'Hines
197067
ASPC-Eyman
SMU II
P.O. Box 3400
Florence, AZ 85232
In Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 15, 2008, at San Diego, California.

| A. Curiel | A. Curiel (signature) |
|---|---|
| Declarant | Signature |

80259787.wpd