UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
JUL 17 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

**NOTICE OF DOCUMENT DISCREPANCIES**

TO: ☐ U. S. DISTRICT JUDGE / ☑ U. S. MAGISTRATE JUDGE Lewis
FROM: R. Mullin, Deputy Clerk RECEIVED DATE: 7/11/2008
CASE NO.: 08cv0698 BEN (PCL) DOCUMENT FILED BY: Petitioner
CASE TITLE: O'Hines v. Ontiveros
DOCUMENT ENTITLED: Motion

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | *Local Rule* | *Discrepancy* |
|---|---|---|
| X | 5.1 | **Missing time and date on motion and/or supporting documentation** |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| X | 7.1 or 47.1 | **Lacking memorandum of points and authorities in support as a separate document** |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | | OTHER: No original signature. |

**Date forwarded:** 7/14/2008

**ORDER OF THE JUDGE / MAGISTRATE JUDGE**

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes. Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: Lewis

Dated: 7/16/08

By: [signature]

cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

**REJECTED**

James Lynn O'Hines 197069 *
ASPC Florence Eyman Complex
Box 3400 1-D-40
Florence Az. 85232.
—— a.k.a. alias. ——
Jackson Malloy K86989 *
222 GINA
El CAJON Calif 92020
California State I.D. card. *

US District Federal Courts Southern
San Diego Ca. 92101

* Civil Case No. 08 CV 698 BEN(PCL).

James LYNN O'HINes *

v.

Motion(s): Calif Civil Code § 2032

Dept. Warden Tracy - Bums
Warden John Ontiveros
Dr. of Corr. Dora B. Schriro
Gov. Janet Napolitano
Gov. Arnold Schwarzenegger
and:
California Atty. General *
1300 I Street Ste 1740
Sacramento Ca 95814. 916-324-5437

Maricopa County Sheriff: Joseph M. Arpaio

Santa Barbara County Sheriff Jim Sheffeild

Ventura - Oxnard Parole Dept. Region IV Santa Barbara & SAN Diego Ca.

Issue: Motion(s): Calif Civil Code § 2032

Rule: Federal Arbitration Act 9 USCA §§ 1-16

Application: Extradition Clause U.S. Const. Art. IV; & a.k.a. Civil M.O.D. parallel w/aka. *