UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**NOTICE OF DOCUMENT DISCREPANCIES**

FILED
2008 JUL 21 AM 10:38
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

TO: ☐ U. S. DISTRICT JUDGE / ☑ U. S. MAGISTRATE JUDGE Lewis
FROM: L. Hammer, Deputy Clerk RECEIVED DATE: 6/27/2008
CASE NO.: 08cv698 BEN (PCL) DOCUMENT FILED BY: Petitioner
CASE TITLE: O'Hines v. Ontiveros
DOCUMENT ENTITLED: Motion(s): Calif Civil Code 2032

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☑ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | Document not filed electronically. Notice of Noncompliance already issued. |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☑ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| ☐ | | OTHER: |

Date forwarded: 6/30/2008

**ORDER OF THE JUDGE / MAGISTRATE JUDGE**

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☑ The document is NOT to be filed, but instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes. Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: Lewis

Dated: 7/16/08 By: [signature]

cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Document Discrepancy / Court Order]

James Lynn O'Hines 197069 *
ASPC Florence Eyman Complex
Box 3400 1-D-40
Florence Az. 85232.
a.k.a. alias.
Jackson Malloy K86989 *
222 Gina
El Cajon Calif 92020
California State I.D. card. *

REJECTED

US District Federal Courts Southern
San Diego Ca. 92101

* Civil case No. 08 CV 698 BEN(PCL).

James Lynn O'Hines *

v.

Motion(s): Calif Civil Code § 2032

Dept. Warden Tracy - Bijns
Warden John Ontiveros
Dir. of Corr. Dora B. Schriro
Gov. Janet Napolitano
Gov. Arnold Schwarzenegger
and:
California Atty. General *
1300 I Street Ste 1740
Sacramento Ca 95814. 916-324-5437

Maricopa County Sheriff: Joseph M. Arpaio

Santa Barbara County Sheriff Jim Sheffield

Ventura - Oxnard Parole Dept. Region IV Santa Barbara & San Diego Ca.

Issue: Motion(s): Calif Civil Code § 2032

Rule: Federal Arbitration Act 9 USCA §§ 1-16

Application: Extradition Clause U.S. Const. Art. IV, § 2 cl. 2. Civil M.O.O. parallel w/aka. *