**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED
2008 JUL 28 AM 12: 37
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: [signature] DEPUTY

## NOTICE OF DOCUMENT DISCREPANCIES

TO: ☐ U. S. DISTRICT JUDGE / ☑ U. S. MAGISTRATE JUDGE Lewis

FROM: R. Mullin, Deputy Clerk RECEIVED DATE: 7/21/2008

CASE NO.: 08cv0698 BEN (PCL) DOCUMENT FILED BY: Petitioner

CASE TITLE: O'Hines v. Ontiveros

DOCUMENT ENTITLED: Notice for Entry to be Defined as to Case...

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | *Local Rule* | *Discrepancy* |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | | **OTHER: No proof of service.** |

**Date forwarded:** 7/22/2008

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes. Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: Lewis

Dated: 7/24/08

By: [signature]

cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

James Lynn O'Hines 197067
Alex Jackson Malloy K86489
Box 3400 4 P 40 South
Florence Az 85232

REJECTED

In the United States District Court Southern:
880 Front Street Ste 4290
San Diego Ca 92101 - 8900.

James Lynn O'Hines 197067
vs.
Warden John Ontiveros
Governor Janet Napolitano
Dora B Schriro
and:
Atty for Respondent Matt Mulford.
Edmund G. Brown. 1300 I Street
St. 1740 Sacramento Ca. 95814

Case No. 08-0698 Ben (Pcl).

Notice: for Entry to be defined as to case No. B167222. for a 2006 conviction in custody... #

Tel. No. 916/324/3437 #

§ Notice Motion F.R.A.P. 4 A.

Issue: Notice of Judgement 08 0698 BEN (PCL). pending case. Documents for the Court Convenience lodged specifically: Case No. B167222 for a Arizona conviction in 2006 as: Fed. R. Civ p. 60(b): 61. are applicable as well for the entry to be defined for a discretionary review as for no record of the adverse decision exist for opposing party.

Rule(s): Internet Record: A.R.S. 41-4151, 4152, 4153. State Agency Web Site is for police underground terminal and/or Web [illegible] [illegible] for access to computer (ca). [illegible] to proper/pro se appellant is a dominion of adversity in custody of Respondent. Responsibility 42 USC § Knocked 1068 Sheriff Joe Arpaio for media publicity (Double Identity).

Application and Conclusion: On 1/4/98 a conviction by a plea bargain for case No. JF122463 occurred; and on (2002), a civil MPD conviction occurred (double jeopardy) as aka Jackson Malloy K86489 on 7/19/05 a conviction occurred for duplicitous appeal on two different judgement not three for grounds as: Entry to be defined B167222 #