James Lynn O'Hines [illegible]
Box 3400 1040 South
ASPC Florence Eyman Browning
2kz Malloy, Jackson K86484
Florence Az 85232.

NUNC PRO TUNC
JUL 23 2008

FILED
2008 AUG -1 PM 12:25
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY RM DEPUTY

United States District Courts Southern Calif. 880 Front Street Ste. [illegible]
San Diego Ca 92101-8900

Pinal County Sup. Court Az.
P.O. Box 2730.
Florence Az 85232

Kings County Sup. Court, Ca.
1000 Chittenden Ave.
Corcoran Ca 93212

James Lynn O'Hines
v.
Ombudsman Warden Ontiveros
Dir of Corr. Dora B Schriro
Gov. Janet Napolitano
Gov. Arnold Schwarzenegger
atty of record: Matt Mulford.

Calif State Atty General.
1300 I Street Ste 1740
Sacramento Ca. 95814.
916-324-5437

Case No. 08-0698 BEN(PCL)

Transitory Action 92 CJS
Venue at 8 at 678-79 (1955)

8 pgs w/proof of service

Opposition and Traverse: inre: Motion to Dismiss
Tri-applicable Response and Reply. Defenses & Objections

Answer(s): Declaration: Declarant opposes Respondent(s) Declaration for using consolidated information as a supplement to Respondents Motion to Dismiss Writ of Habeas Corpus for relief.

Atascadero State Mental Hospital 12 week substance abuse program as a mandatory condition of supervised and conditional Release program allow for a more full analysis of Judy Groschwitz declaration provided.

Page (2) paragraph (5) inre: LCSW, Bonnie Daly visited A.W.O.L. parollee August and September at Nelson Haven Board and Care Home early a.m. hrs. w/ taped interviews.

The taped interviews refer to A.A./N.A. meetings specifically NA/AA employment (prior to absconding) and city college disabled student enrollment to start in seasonal semester quarters.

As calif. state. I.D. card show Atascadero - Southpoint 90 Day Rehab facility adjoining El cajon McAllister Institute P.3. and Lexington and Jamacha Rds at 222 Gina ave El cajon ca. 92020, A triangle conglomeration to "Freedom Ranch", Lakeside owned operated by R.J. Donovan State prison Capt. Stringfellow of Pomerado Rd. 15000 blk. Poway Ca. for: "Television survielleances". 18 USC § 2510 § 2520 audio-video aural acquisition of parollee to Phoenix Az Joint Behavioral Science location for automation into altercation by facilitation subjugation for controlling case factors.

Dates(s) and Times of Ms. Judy Groschwitz Analytical report with Arizona State Agencies Website, fail to provide the attending physician(s), psychiatrists names responsible at the accurate times prescribing medication to the petitioner now found competent to reconvict denied the credits for civil commitment imposed, eligible for suspension, and Federal Hospital transfer under Arizona Statutes: A.R.S. 36.548 . 550. and financial compensation for Board and Care Home "pressures to relapse" 42 USC § 1396 (c) public H.&S. A.R.S. 36.504 36.545.04 Conditional Release Program Director Ms June Shell. Dr.s Burt Jarvis and Dr. Williams Southpoint to Concep and: Dr. Abramson at Atascadero State Hospital. And full court costs.

Contract for services are conditional for interstate compact agreement under civil law authority. Example(s): Arrested at Good Samaritan Hospital on: 10/7/04. Any and all follow up psych services (esp. Maricopa County Jail) to be provided.

San Diego as: Pg (4) Ventura-Oxnard Parole Dept. & C.S.O. at address of: 3502 Kurtz Blvd. San Diego Ca. 92179. dually responsible ince: supervisory capacity; Parole Violation should by Fed. R. Crim. P. 32.1 (b) allow for Hearsay Evidence Fed. R. of Evid. 802 803 804.). Alibi, Allocution, Admission. Fed. R. Crim. P. 12 1. (d). 32. (c) (3) (E) and: 801 (d) (2). Fed. R. of. Evid). succinctly with: A.R.S. 13-603, 606, 607. Pg. 2 paragraph(5). Obligations by contract signatures at ASH. if as Ms. Judy Groschwitz indicates left with out permission are due retro-actively and Notifications to family must be given in case of an emergency ARS. 36-504. Father James Daniel Hines at: Address listed as Ellisville Mo phone No on; Contract, eg. U.C.S.D. Hospital Medicaid. Medical information (blind right eye) and follow-up surgical needs from 2004-1997 * stabbing wound at R.J. Donovan prison San Diego Ca. by hostile mexican gang member "cobra" H/m Aruba for: "rubio" translated: blond. Hispanic/Latino overburdensome influences by Martinez-"Z-55U Internal Affairs I.G.I. T.G.I Investigational gang unit squad (sight-sound-unit) as: Hernandez, Guiterrez, Ruis Ortiz Maconez Elzy, Alvarez Calaza, and: Zimmerman-Garcia obstruct the process of conditional release program that Ms. Judy Groschwitz with others especially "Rodriguez" cepon familia of Salinas Valley Ca in allowing Release, Reintegration and Rehabilitation upon parole into local vicinities for reasons as stated. The "Dmeriez family", use of audio-video San Diego to Phoenix. See A.R.S. 41-4151, 4152, 4153 State Agencies Web site.

Objection(s) and Affirmative defenses to use of the lodgements entered are as follows. "Accessio" verbal P.3 parole program partnership Adult, Child, and (parent) A.P.C. psychological Analysis "The Act of Accession" U.C.C. § 4-22 at 98 2d ed (1979). cause and injury: Psychological trauma and physically right ear deformity outer exterior scars by toxins, inner ear scars eardrums titanium tubes to stop infection: "Cole Estates" favored beneficiary to fortune financially and interrogated adverse detained material witness to true crimes Allstate Insurance H.M.O. claimant UCC 9-104. property, bank deposits. Uncle Joe Cole Florida Joe Cole County Florida Kohl. Az San Diego Cole Block Gaslamp Realators. Paula Colo Textiles Kenneth Colo fashions. Reverse Racially Discriminatorily. The Memorandum points and authorities in support of Motion to Dismiss petition and First amended petition Procedural History lodgements should be overruled especially where alleged self incriminating testimony and San Luis Obispo attorney Christopher Christians appointed counsel of Carter Fitzgerald Born & Born, Brennen House, pg 2 line 17 "no arguable issues to raise"... sic... as a public defender from private counsel controlling case p.c.c. R.32 Kenneth S. Countryman p.c.c. "below the bar" telephonic use of in custody unethical immoral computer audio-video for Homocide Det. S.D.P.D. Jim Howie and/or Peter Deddah and assoc. w/ Bakersfield Ca. Internal Affairs under Gov. Janet Napolitano of the Colo-Dole-Thompson family to protect the 5th 6th 9th 10th 11th 14th and 15th Const. Amend.

Rights of the Petitioner as incarcerated litigant pro per.

To consider the procedural history in the slightest would deny opportunity for the cognizable argument on behalf of petitioner in pursuit of justice under case laws: Jenks v. U.S. 353 U.S. 657 1 L.Ed 2d 1103 77 S.Ct 1007 (1957)

Coleman v. Wilson v. Schwarzenegger ... as for any testimony under the influence of psychotropic medications esp. Ambien 2mg: to induce amnesia, the guilty plea as innocent w/ counsel, should now allow for a change of plea found fully competent to reconvict by the 14th amend. of the United States.

A.K.A. Amended Abstract of Judgement Order shows true name by Motion of defendant in good faith approx 4/98. Objection: pg. 2. ln. 27. sic ... "meritless claims" .. biased and prejudiced Ince: good faith, declaration, penalty of perjury.

Argument I. That O'Hines is not in California Custody is incorrect. Objection. The defendant as: Ombudsman is a Regional log book sign in visitor to local prisons before and after parole violation w/ new term and denied access to an attorney see: Hines v. Bartos cv 05 7939 cas man Los Angeles Central District Courts agreement comprehensible grounds. Nov. 23, 2005 Nov. 28, 2005. Ineffective Assistance of advisory counsel: self incrimination, appeal, fast and speedy, and right to atty of choice (etc).

Custody and Venue are succinctly a duplicitous issue. Upon summons, indictment or information at booking for parole violation warrant as aka Malloy Jackson K86484 Extradition Waiver signed removes petitioner from the present place of confinement and allows multi-state jurisdiction. A new offense does not override extradition clause: U.S. Const art IV § 2 cl. 2 or responsibility of supervising agency.

San Diego Ca. to Phoenix Az: Objection: pg 3 ln. 7-8 9-10-11 sic ..."no longer in California custody for state court judgement that is the subject of his arguments"... SRF122463 ... sic ..."case or controversy" as follows;

Pinal and Kings County Civil and State Writ of Habeas Corpus filed as also Cochise County Writs case no's inter: to case SRF122463 San Diego County are pending succinctly as: CV200800031, 08 W0150 A., and 2007 00695 Quasi-jurisdictional applicability for concurrent jurisdiction ... carried over state lines on state parole (eg). Here petitioner demonstrates substantially equivalent the defense of a parole problem of community services division(s). These division(s) allow joint custody supervisory capacities.

Argument II

Objection: From Corcoran: Hines aka Malloy v.s. Galaza as early as 1999-2000 seeking federal relief 99-6647 REC SMS Fresno Ca. Eastern Fed. District non jurisprudent pro per beyond San Diego, the full, San Diego 4th Appellate State jurisdictional application to the 3rd Sacramento Ca. is fully documented on dates of 9/20/02 and 2003 State Assembly spokesperson Christine Keyhoe of Sacramento Ca. cc local case ajudication obstruction from Folsom to Atascadero place-mailings cc. Judge Jesus Rodriguez early as 1998-99 for relief (eg). Abstract of Judgement 4/99. personal correspondence employment, family and local business concerns for Absolute priority Rule. Alibi in defense. Henry's Mkts' family business v.s Roberts Rodriguez of Salinas Valley Ca. but esp. Lt. Mcenroe of St. Thomas of Aquinis parish police for hostile take over. Therefore petitioner truthfully denies the allegation without raising any new claims, argument limited to facts and answer(s).

pg 4. Objection to ln. 10. sic ... O'Hines state court decision became final in march 1998. petitioner denies this and has offered proof for clear and convincing demonstration by/of the afore mentioned copied correspondences to Judge Assemblyperson and in Writ w: Sheriff civil state supervising Agencies Sheffeild - Arpaio Santa Barbara - Atascadero - Phoenix Responsible for mail, legal mailings locale vicinity Mojave Desert adjoining state to state community to community.

And has stated the dates on which the impediment to filing an application created by state action in Violation of the constitution or laws of the United States is removed, if applicant was prevented from filing by such action: 9/20/02 to 2004, 2005, Maricopa from Atascadero demonstrates the return to pursuit of justice after a finding of competency. And therefore the argument of the Respondent lacks a more definitive, comprehensive knowledge of jurisprudence.

Conclusion: Revised Certificate of Service to opposing counsel Criminal Appeals Division/San Diego State of Calif. Attorney Generals Office 202 C Street San Diego Ca. 92101 Calif Dept of Corrections tele. 916-324-2841 July 29th ext. is enclosed for Attorney for Respondent Matthew Mulford Dept. Atty General State Bar No. 184000 At: 110 West A Street Ste 1100 San Diego Ca. 92101. tele. No. 619 645 2227. for exparte, de novo and/or discretionary review Hereby mailed to clerk at 880 Front Street San Diego Ca 92101-8900 Southern District Federal Courts.

And for the burden of establishing entitlement to equitable tolling here the petitioner prays that from 9/20/02 by prescribed medication a diminished capacity w/out access to attorney w/Los Angeles Central District Federal courts in agreeable terms 11/23/05. Time period established and demonstrated to

allow the tolling of collateral relief sought w/out counsel pre-post civil commitment Folsom to Atascadero in treatment as a class action plaintiff Coleman v. Wilson v. Schwarzenegger prior to competency Ruling in Arizona that resulted in the consolidation of county courts for a diversity jurisdiction question of federal resolution.

Organizational Victim for illegal interrogations and badger game of double homicide witness and evidences CD Rom, knife, jacket, automobile (forensics) ... that went to Narcotics Division C.I.s Geoff Christopher and Mike Colombo in drug transactions at pornography locations and in Del Mar condominium on the 2nd day of OJ Simpsons trial w/ Shapiro, Marvin atty at law (Shapiro) 4000 Blk of Wilshire Blvd connected to Dr. Michael A Jaffe MD Inc. Del Mar condo, location of arrest enroute to hospital D & L auto collision 1222 Grand ave phoenix Az

Fed. R. crim p. 12 4. (a) (2) (b) (1) Fed. R. crim p 40 Commitment to another district ... Statutes 18 USC § 3651 28 USC § 2072 Inter: continued custody or release status.

Imminent Danger exist under duress of electronic surveillances by differential discriminatory treatments for no other reason except a "White Dog Operation" racially overtoned by descriptive title.

Rule 32.1 (b) subdivision (C) Fed. R. Crim p provides that a warrant or summons may be issued on the basis of heresay evidence w/ the ability to understand/or perceive accurately the factual data which is furnished for relief: Aguilar v. Texas 378 US 108 84 Sct 1509 12 Led 2d (723)(1964)... Az. R. 11 "Substantially equivelant." Conversion of custody for federal probation is requested. Amen.

7/20/08 James Ryan [illegible]

Supplement to Respondents.

As: San Diego State of California Attorneys Generals Offices: Criminal Appeals Division : 202 C Street San Diego Ca. 92101 # California Dept of Corrections (916) 324-2891 Judy # 29 (extension).

Certificate of Service on Defendants:

I James Lynn O'Hines have furnished the opposing parties and their attorneys with copies of each document submitted to the Southern District Federal Courts. except the initial complaint and application to proceed In forma pauperis - Approximately On 2/20/08 Revised on: 7/19/08. Saturday.

propria persona

James Lyn O'Hines

Arizona Attorney General Office at:
1275 West Washington Street
Phoenix Az. 85007
1-800-852-8431.

propria persona

James Lyn O'Hines

Revised on 7/20/08. Sunday