**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED
2008 AUG -1 PM 12: 24
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

# NOTICE OF DOCUMENT DISCREPANCIES

TO: ☐ U. S. DISTRICT JUDGE / ☑ U. S. MAGISTRATE JUDGE Lewis
FROM: R. Mullin, Deputy Clerk RECEIVED DATE: 7/21/2008
CASE NO.: 08cv0698 BEN (PCL) DOCUMENT FILED BY: Petitioner
CASE TITLE: O'Hines v. Ontiveros
DOCUMENT ENTITLED: Petition for Writ of Mandamus

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | *Local Rule* | *Discrepancy* |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | | **OTHER: Improper format.** |

**Date forwarded:** 7/24/2008

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes. Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: Lewis

Dated: 7/29/08
cc: All Parties

By: [signature]

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

James Lynn O'Hines 197067
2k2 Jackson Malloy K86989
ASPC Florence Eyman Browning
Box 3400 1040 Smu...
Florence AZ 85232

REJECTED

Clerk of U.S. District Court Rm 4290.
880 Front Street San Diego Ca 92101 - 8900
Voluntary Dismissal, Application
to file a second or successive petition
temporary & permanat injunction "72 hrs. Advance"

James Lynn O'Hines 197067
Ombudsman vs. Ontiveros; Civil No 08 cv 0698 BEN PCL
Gallagher and Associates et al
See: supplements Fed. R Civ. P. 5 (d).

Titled as: Fed. Rules. Appellate P.
42, 22.3, 34.3 Priority cases
21.5 Petition for Writ of:
Mandamus: 18 U.S.C. 3771 (d)(3)

Defendants: In custody of plaintiff from the California Dept of Corr and Atascadero State Hosp State and Civil Authority over parollee w/ new term in the state of Arizona; (Ventura-Oxnard to Phoenix