James Lynn O' Hines 197067
Box 3400 2 Ono Smart
ASPC Florence Eyman Browning
Florence Az 85232

FILED
JUL 28 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [illegible] DEPUTY

U.S. District Court Southern District
880 Front Street Ste 4290
San Diego Ca 92101 - 8900.

Case No. 08 0698 Ben (PCL).

Inre: Hines
v.
Ontiveros

Transitory Action Opposition and Traverse by Federal statutes. Issues, Rule, Application, and Conclusion.

Declaration: Defenses and Objections:

under an aka as a civil m.d.o. jurisdiction is in interstate computer-retro-active conditional release program Agencies as Parole and community services Division, of U.S. of A. Discharge on 8/6/05 while currently in custody in Arizona is incorrect 3 yrs parole w/ Indeterminate civil m.d.o. equals = 2 yrs at State Hospital and: parole in 2004 with one year extension 2006 would be annually correct for discharge.

I.

A.D.A. 12101 § 12213 ... etc ... "the district court or the court of appeals may stay the disability on any terms considered appropriate, The court may issue any order reasonably necessary to protect the interest represented by the disability pending appeal including injunction. T.R.O.'s are requested w/out safety glasses for blinded right eye continued violence as instigated racially over the OJ Simpson innocence and others under Defendant and Gov. Napolitano from Gov. Arnold Schwarzenegger this political year proxy or directly associated to 1982 and 1984 Brentwood caliber Blind date homocide(s) and Burglary from a Mason Bible set up pre-meditated pre-conceived conspiracy pepper spray and/or pesticides or weapons could totally blind deceased material witness. Stay of judgement pending change of plea is requested. And... Garnishment of wages for: compensatory and/or punitive damages in amount of: $307,500.00 by 42 USC § 1396 (c) in San Diego from Atascadero State Hospital 12 Week Substance abuse program. 2 yrs. 2 month indeterminate and at 3 yrs parole w/ 1 yr. optional + A.W.O.L. time compensated. Federal custody of the forthwith, diversity jurisdiction

II.

18 USC § 1073 State offenders fugitive of justice parolee at large. F.O.J. warrant issued alias Malloy Jackson K86484 M.O.O. ARS 13.3842 (F4) STAYED.

3502 Kurtz Blvd. San Diego Ca 92176 Supervisory Function of a parollee-patient to a discriminatory Supervisory capacity for private Interest: A.R.S. 36-506 (c) ... sic ... any denial of civil rights on the grounds of hospitalization or outpatient care and treatment unrelated to the persons present capacity to meet standards applicable to all persons.

Double jeopardy: Supporting case Law Negron V. Ward 458 F. Supp. 748 760. 6: SDNY 1977. Isolated punitive and secluded for illegal ostracization and Interrogation by electronic surveillance under the influence of psych medication w/ out prescription and/or knowing what medication supervisors are providing in food by 1-way video 2-way radio State to State 18 USC § 2510 § 2520. Television surveillance demands T.R.O.'s Immediately and though rules locally vary in formula for past denial(s) of motions this demands Rule: 706 Fed. R. of Evid for detoxication in a Federal Hospital under a Doctor's care (Sober.).

III.

Conditions of Incarceration for distressed appellant: Corcoran State prison King's County Calif S.S.U. Squad Lt. Mcnerson video taped I/m claiming C/o Tony Lauro is an enemy of other C/o's "T.L.C. Tattoo parlor" in phoenix Az. and "Lee Chandells" in San Diego Ca for Narcotics Squad are satanic orientated w/ C/o's and I/m's to incite and instigate adverse domain See: Molloy v. Galaza 99 6647 REC SMS East Dist Fresno. Ca

as noted in the computer for a Strike [illegible] Civil Rights Violation case dismissed 12/15/00 1st of pursuit of justice reprisals and ongoing electronic surveillance observation did / does occur from Fresno Eastern Fed. Dist. to Southern Fed. District "via" phoenix Az after gun shot fired and verbal threats over over families [illegible] male female relationship from St. Louis Mo. Appeal filed D040670 4th Appellate District 9/20/02 # denied and encouraged to proceed to the 3rd appellate District shows the approximate date the impediment became adverse to judgement – not 1998 – (Eg). 12 Week substance abuse program for Peter Deddah & Associates St. Louis Mo to San Diego Ca [illegible] D.A. referred for prosecution 8/22/88 1/4/98. and now. allow for discovery of selective prosecution adverse to jurisprudence for a fuller review.

VIII

Civil No. 08.0698 BEN (PCL) 28 usc / 2254 for case No. SRF122463 and/or B167222 consolidated civil case original D.A. referral from R.J. Donovan Hospital Infirmary by c/o C.F. Franco prior to Judgeship appointment from the prosecutors office after Gino Tarrantino Lamar Street Spring Valley Ca Homocide and Narcotics Diagnoses witnessed by child of appellant Ms. Kimberly Lee her daughter of Ms. Angle Sanchez Hunt 7 yr of age [illegible] in phoenix Az in 2004 by "The Saints" of the West Side church in Glendale Az w/ Rev. Green, is liability.

## IV

Conclusion: Sexual Violence classification for petty rule violations at Florence by I.C.E. staff after C.S.P. Corcoran visit by Deddah and Assoc to relinquish custody of child to LDS church by signature Eq.) w/ George Deluca Ombudsman as supervisor of Narcotics Squad w/ C/o's SSU at Florence now and w/ prior as San Louis and U. City San Diego. w/ familial polish-Irish associations of "the Smiths" Sheriff Joe Arpaio of (1972) North park Howard park is a "Smith": Eg.: A full and truthful declaration under the penalty of perjury. By Declarant. Should allow for agreeable discovery on behalf of appellant w/ memorandum.

"I. So pleads petitioner for all requests to be granted incl: TRO's & financial compensation and Fed. Transfer of prisoner."

7/24/08 James Lyons

(92567

James Lynn O'Hines 197067
Box 3400 I.D. 40 South
Aspc Florence Website State Prison
Florence Az. 85232.

9th Dist Fed. Circuit Courts: Southern Central and Phoenix, Prescott Az Divs at 880 Front Street San Diego Ca. 92101-8900 S.D. County, L.A. County.

James Lynn O'Hines 197067
vs.
Ombudsman Warden(s) Ontiveros, John Yamamoto, Viola Dora B. Schriro Dir of Corr. Govs. Napolitano, Schwarzenegger. Judy Groschwitz. FRCP 5(e).

08-0698 BEN (PCL).
Morrissey v. Brewer.
Negron v. Ward
Motion(s) Stay of Judgement. Disability F.R.A.P 8. 38.(e) of memorandum

Transitory Action Opposition and Traverso by federal statutes Issues(s), Rule(s), Application(s), Conclusion(s).

Declaration: Defenses and objections: under an aka. as a civil m.o.o. jurisdiction is Interstate compact retro-active conditional release program Agency Con Rep. U.S. of A. Discharge 8/6/05 while concurrently in custody in Arizona (incorrect.)

Memorandum and Motion: Procedural History: O.T.C. 5F122463 Batt. on a non-prisoner Calif. Penal code. § 4501.5. inre: admitting Lodgement 1 at 4-5. "threw a chair which injured officer Plummer" by accessio ... the act of accession U.C.C. 4-22 at 98 2d ed (1979) self inflicted injury to refer for Deddah & assoc. pros. from 8/22/88. *

Arguments One and two: Defenses and Objections: Argument 1. Jurisdiction for A.W.O.L. parollee is civilly retro-active, of right.

a. State to State Compact Extradition and or Internet Web site to Southpoint address of 222 Orizaba ave San Diego Ca. (eg)

b. Calif State I.D. card Atascadero Rehab 90 day facility access to facilitate a crime petitioner not capable in an

c. individual capacity. Joint Location San Diego to Phoenix. For parole violation F.R.A.P. 8, 38.(e). sic ... defendants conviction or sentence creates a civil or employment disability: (Stay of judgement) End. 1 of 3.

A.D.A. 12101 § 12213 sic ... the district court or the court of appeals may stay the disability on any terms considered appropriate. The court may issue any order reasonably necessary to protect the interest represented by the disability pending appeal including injunction. (Stay of judgement).

18 USC § 1073 State offenders fugitive of justice parollee at large F.O.J. warrant issued aka Malloy, Jackson K86989 M.D.O. A.R.S. 13-3992 F.4. charged as stated for contracted supervising agencies succinctly with parole dept 3502 Kurtz Blvd. San Diego Ca 92176 has discriminated A.R.S. 36-506 (C) sic ... any denial of civil rights on the grounds of hospitalization or outpatient care and treatment unrelated to the persons present capacity to meet standards applicable to all persons. Double jeopardy supporting case law. Negron v. Ward 458 F.Supp 748 760. Ci. SDNY. 1978.

(Disciplinary placement isolated and secluded.)

Duplicitous Appeal issue: SRF122463, CR200412904400[illegible] OT. computer audio video access 1 way video 2 way audio: 18 USC § 2510 2520 State to State Television surv.

Argument II.

Conditions of Incarceration: Malloy v. Galaza 99-6647 REC SMS case dismissed early 12/15/00. 1st of pursuit of justice reprieves and ... obstruction did occur from Fresno Ca Eastern Federal Dist. to Southern Fed. Dist. by the consolidation of a State Hospital 12 week substance abuse program for: isolation punative and seclusively restrictively, Appeal No. D040670. 4th Appellate Dist. 9/20/02 Approx the date impediment became adverse to jurisprudence. For a more full review. Overdue.

James Lynn O'Hines 197067
Box 3400 2 0 40 Smith
ASPC Florence Az 85232
(aka) Jackson Malloy K86484.

9th District Federal Courts Southern Central and: Phoenix Districts California and Arizona. Quasi-Jurisdictional Venue 880 Front Street San Diego Ca 92101.

James Lynn O'Hines 197067

v.

Ombudsman Warden John Ontiveros
Governor Janet Napolitano
Dora B. Schriro
Governor Arnold Schwarzenegger
Judy Groschwitz (Senior Legal Analyst)

Case No. 308 cv 00698 BEN PCL
Transitory Action § 92 CJS § Venue § 8 at 678-79 (1955.)
Jurisdiction 42 CJS § 3 1991
Indians § mixed blood
Traverse and Opposition.

28 USC § 1332 (a) 1367 ...

Petitioners Opposition to Motion(s) and Declaration(s) Inre: Civil No. 08-0698 BEN(PCL). 28 USC § 2254. Grounds, Issues, Rules, Applications. Case at law: Morrissey v. Brewer 408 US 491 489 (1972)

§ . Memorandum. §

San Diego case no: SRF122463. DA Referral to Koeber pros. Atty. at Chula Vista, Ca-San Diego Ca. w/ Peter Deddah and associates prior to Peter Deddah appt of judgeship from the pros. attys. office.

Now, comes Movant / Declarant to oppose the Declaration and Motion to dismiss for grounds of time limits and venue. Retrospectively and Retroactively under "double jeopardy" review for of right claimant 18 USC § 3401 (i) Morrissey v. Brewer 18 USC § (Moeron v. Ward) # 3142 Fed. R. Crim. p. 32.1, 40. (a) Violating conditions of release set in another district: San Luis Obispo County Courts. FRAP 8, 38. Selective prosecution 8/22/88 St. Louis Mo. (AQW. Peter Deddah dismissed) *

7/20/08 — PE. [illegible] pro per

§ Memorandum Points and Authority §

Inre: Hines V. Ontiveros

Case No. 308cv 0698 BEN (PCL)

1. Morrissey V. Brewer
408 U.S. 471 489 (1972)
2. Moyer v. Ward
458 F supp. 748 760-61 SDNY (1978)
☆ 3. Gredsom v. Kemp. 891 F2d (1990)
4. F. R. Crim p. 32.1
Warrant, Summons, issued.
5. F.R.A.P. 8. 38.
Stay of judgement pending change of plea.
6. 18 USCA § 2510 - 2520
Television Surveillance
7. A.D.A. 12101 § 12213.
8. 18 USC § 3401 (i)
28 USCA § 1404 (a)
18 USC§ 3172

To comply w/ Local Rules for a discretionary review.

7/24/08

James L. Hines /07008?
pro per