EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GARY W. SCHONS
Senior Assistant Attorney General
KEVIN VIENNA
Supervising Deputy Attorney General
MATTHEW MULFORD, State Bar No. 184000
Deputy Attorney General
110 West A Street, Suite 1100
San Diego, CA 92101
P.O. Box 85266
San Diego, CA 92186-5266
Telephone: (619) 645-2227
Fax: (619) 645-2271
Email: Matthew.Mulford@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES LYNN O'HINES,**<br><br>Petitioner,<br><br>**v.**<br><br>**ONTIVEROS, Warden,**<br><br>Respondent. | 08-0698 BEN (PCL)<br><br>**REPLY TO O'HINES'S RESPONSE TO MOTION TO DISMISS**<br><br>Judge: Honorable Peter C. Lewis |

EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GARY W. SCHONS
Senior Assistant Attorney General
KEVIN VIENNA
Supervising Deputy Attorney General
MATTHEW MULFORD, State Bar No. 184000
Deputy Attorney General
110 West A Street, Suite 1100
San Diego, CA 92101
P.O. Box 85266
San Diego, CA 92186-5266
Telephone: (619) 645-2227
Fax: (619) 645-2271
Email: Matthew.Mulford@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES LYNN O'HINES,** Petitioner, v. **ONTIVEROS, Warden,** Respondent. | 08-0698 BEN (PCL) **REPLY TO O'HINES'S RESPONSE TO MOTION TO DISMISS** Judge: Honorable Peter C. Lewis |

The State has received a number of documents and assorted pleadings from O'Hines, but none of them seem to even address the arguments raised in the Motion to Dismiss, namely, that O'Hines is not in California custody, which means that this Court lacks jurisdiction under 28 U.S.C. § 2254(a), and that his challenges to any California conviction are barred by the one-year statute of limitations contained in 28 U.S.C. § 2244(d). Any challenge to his Arizona conviction or confinement, of course, are in the wrong venue.

///

///

This matter must be dismissed with prejudice.

Dated: September 12, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GARY W. SCHONS
Senior Assistant Attorney General
KEVIN VIENNA
Supervising Deputy Attorney General

s/Matthew Mulford

MATTHEW MULFORD
Deputy Attorney General
Attorneys for Respondent

MM:adc
80281574.wpd
SD2008700420

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name: **O'Hines v. Ontiveros**

No.: **08-0698 BEN (PCL)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On September 12, 2008, I served the attached **REPLY TO O'HINES'S RESPONSE TO MOTION TO DISMISS** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

JAMES LYNN O'HINES
197067
ASPC-EYMAN
SMU II
P.O. BOX 3400
FLORENCE, AZ 85232
In Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on September 12, 2008, at San Diego, California.

| | |
|---|---|
| A. Curiel | [signature] |
| Declarant | Signature |

80281651.wpd